B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Broderick Teaming Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-08741870** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1407 W. Pershing Road**<br>**Chicago, IL**<br>ZIP Code **60609** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9          ☐ Chapter 15 Petition for Recognition
☐ Chapter 11              of a Foreign Main Proceeding
☐ Chapter 12
☐ Chapter 13        ☐ Chapter 15 Petition for Recognition
                         of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,        ■ Debts are primarily
defined in 11 U.S.C. § 101(8) as                business debts.
"incurred by an individual primarily for
a personal, family, or household purpose."

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the debtor
is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed
to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more
classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**B1 (Official Form 1)(1/08)**                                                                                                                                                           Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Broderick Teaming Company** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)                    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                         Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Broderick Teaming Company**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X  **/s/ SCOTT R. CLAR**
Signature of Attorney for Debtor(s)

**SCOTT R. CLAR  06183741**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number
**March 15, 2010**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ James A. Gliottoni**
Signature of Authorized Individual
**James A. Gliottoni**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**March 15, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Broderick Teaming Company**
_____ ,
Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 13 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 260,153.96 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 6 | | 505,235.96 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 204,836.47 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| | Total Assets | | 0.00 | | |
| | | Total Liabilities | | 970,226.39 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Broderick Teaming Company**                                    ,    Case No. _____

                                    Debtor

                                                                 Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **Broderick Teaming Company**
_____,    Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

**0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Broderick Teaming Company**                                    ,  Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **American Chartered Bank** account nos. ending 1813 and 1856 | - | 0.00 |
| | | **First United Bank** account no. ending 2941 | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          0.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Broderick Teaming Company**                              ,      Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Broderick Teaming Company 401k and Profit Sharing** | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See Attached List** | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                0.00
(Total of this page)

Sheet   __1__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Broderick Teaming Company**                                              ,    Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | See Attached Customer List | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Attached | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Attached | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attached | - | 0.00 |
| 30. Inventory. | | See Attached | - | 0.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | | |
|---|---|---|
| Sub-Total > | | 0.00 |
| (Total of this page) | | |
| Total > | | 0.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

## Broderick Teaming Company
## A/R Aging Summary
### As of February 19, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Broderick Logistics Co | 0.00 | 0.00 | 0.00 | 35,056.00 | 0.00 | 35,056.00 |
| Dummy 2002. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Gate Precast Company | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Harmon Incorporated | 0.00 | 0.00 | 0.00 | 10,025.85 | 0.00 | 10,025.85 |
| Lorig Construction | 0.00 | 0.00 | 0.00 | 18,878.05 | 1,684.20 | 20,562.25 |
| McHugh Construction | 0.00 | 0.00 | 0.00 | 1,558.70 | 514.80 | 2,073.50 |
| Mercury Transportation Inc | 0.00 | 0.00 | 0.00 | 0.00 | 649.00 | 649.00 |
| Midwest REM Enterprises | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 50.00 |
| Rausch Construction Company | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 25.00 |
| Smedberg Machine & Tool | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 | 1,400.00 |
| Stallion Transport | 0.00 | 0.00 | 0.00 | 240.00 | 1,315.00 | 1,555.00 |
| ThyssenKrupp Elevator | 0.00 | 0.00 | 0.00 | 2,239.60 | 0.00 | 2,239.60 |
| Universal Iron Works Inc | 0.00 | 0.00 | 0.00 | 0.00 | -170.00 | -170.00 |
| Walsh Construction Co. | 0.00 | 0.00 | 0.00 | 408.50 | 102.56 | 511.06 |
| Worldwide Integrated Supply Chain Sol | 0.00 | 0.00 | 0.00 | 0.00 | -10.60 | -10.60 |
| TOTAL | 0.00 | 0.00 | 0.00 | 68,406.70 | 5,559.96 | 73,966.66 |

Schedule B - Personal Property
24. Customer Lists

# Broderick Teaming Company
## Customer Contact List
### December 29, 2009

| Customer | Phone | Street1 | City | State | Zip |
|---|---|---|---|---|---|
| Accurate Perforating Company | 773-254-3232 | 3636 S. Kedzie | Chicago | IL | 60632 |
| Ace Sandblast A/R | 773-777-6654 | 4601 West Roscoe | Chicago | IL | 60641 |
| Advance Iron Works, Inc. | 708-798-3540 | 1325 W. 171st Street | East Hazel Crest | IL | 60429 |
| Advance Mechanical Systems, Inc. | 847-593-2510 | 425 E Algonquin Ro... | Arlington Heights | IL | 60005-4620 |
| Affholder Incorporated | 708-596-9902 | 301 E. Sibley Boule... | South Holland | IL | 60473 |
| Air Design Systems, Inc. | 630-654-1900 | 12011 91st Street | Willow Springs | IL | 60480 |
| Albin Carlson & Co. | 630-785-4000 | 745 S. Rohlwing Rd | Addison | IL | 60101 |
| Alpine Demolition | 630-761-0700 | 520 South River Str... | Batavia | IL | 60510 |
| Altman Machinery Co. | 773-247-4343 | 4343 South Oakley | Chicago | IL | 60609-3079 |
| Aluma Systems Concrete Constructi... | 905-669-5282 | c/o Jim Burmeister | Antioch | IL | 60002 |
| Ameri-Clean | 1-708-410-1500 | P.O. Box 716 | Hillside | IL | 60162 |
| American Scrap Metal Services | 847-417-1888 | 3837 W 127th st | Alsip | IL | 60803 |
| American Standard Business Service | | P.O. Box 305027 | Nashville | TN | 37210 |
| American Tool Co. | 847-673-4005 | 7254 Kedvale Avenue | Lincolnwood | IL | 60712 |
| Amex Corporation | 260-937-6100 | 1636 Summer Street | Hammond | IN | 46320 |
| AMS Mechanical | 630-320-7720 | 140 East Tower Drive | Burr Ridge | IL | 60527 |
| Angus Contractors, Inc. | 630-443-7284 | P.O.Box 569 | Wayne | IL | 60184-1234 |
| Arcadia Products, Inc. | 847-272-3332 x526 | 650 Anthony Trail ... | Northbrook | IL | 60062 |
| Arrow Trucking Co. | 800-759-2009ex2048 | P.O. Box 3570 | Tulsa | OK | 74101 |
| Associated Underwater Services, Inc. | 509-533-6500 | 3901 E. Ferry | Spokane | WA | 99202 |
| Astroblast | 630-595-0240 | 1141 Green Street | Franklin Park | IL | 60131 |
| ATMI Precast | 630-897-0577 | 960 Ridgeway Aven... | Aurora | IL | 60506 |
| Balfour Beatty Rail | 317-861-5639 | P. O. Box 47830 | Indianapolis | IN | 46247 |
| Barrier Wall, Inc. | 708-206-1998 | 4931 West 173rd St... | Country Club Hills | IL | 60478 |
| Benson Industries, LLC | 312-938-8796 | 1650 Northwest Nai... | Portland | OR | 97209 |
| BOC Heating & A.C. | 847-252-7272 | 2300 Stonington Ave | Hoffman Estates | IL | 60169 |
| Brandenburg | 312-326-5800 | 2600 S. Loomis | Chicago | IL | 60608 |
| Broderick Logistics Co | | 1407 W Pershing Rd | Chicago | IL | 60609 |
| Buchanan County Clerk of Court | | P O Box 259 | Independence | IA | 50644 |
| Butler Street Foundry & Iron Co. | 773-924-2233 | 3422-34 S. Normal ... | Chicago | IL | 60616 |
| C & G Rigging Co Inc | 219-929-7739 | 960 N 600 E | Knox | IN | 46534 |
| Calumet Flexicore Corporation | 773-768-7313 | 24 Marble Street | Hammond | IN | 46320 |
| Calumet Harbor Lumber Co. | 773-646-1444 | 13651 S. Buffalo Av... | Chicago | IL | 60633 |
| Carlo Steel Corporation | 773-375-9600ex 222 | 3100 E. 87th St. | Chicago | IL | 60617 |
| Case Foundation Company | 630-924-3162 | P.O. Box 40 | Roselle | IL | 60172 |
| Celli Leasing Company | 847-447-5519 | 2090 Mannheim Ro... | Melrose Park | IL | 60160 |
| Central Contractors Service, Inc. | 708-239-7953 | 4655 West 137th St... | Crestwood | IL | 60445 |
| Chi-Town Rip Express, Inc. | 708-466-5920 | P.O. Box 474 | Lyons | IL | 60534 |
| Chicago Contractor's Supply | 708-544-5950 | 840 S. 25th Ave | Bellwood | IL | 60104 |
| Chicago Metal Fabricators | 773-523-5755 | 3724 South Rockwell | Chicago | IL | 60632 |
| Chicago Metal Rolled Products | 773-523-5757 | 3715 South Rockwe... | Chicago | IL | 60632 |
| Chicago Panel & Truss, Inc. | 630-870-1303 | 875 Aurora Avenue | Aurora | IL | 60505 |
| Chicago Structures LLC | 630-915-5770 | PMB 177-180 S. W... | Carpentersville | IL | 60110 |
| Chicago Tower Leasing | 847-823-7711 | Attn: Stan Stann | Park Ridge | IL | 60068 |
| Chicago Trailer Pool | | | | | |
| Circle Metal Specialties, Inc. | 708-597-1700 | 4029 W. 123rd Street | Alsip | IL | 60803 |
| City of Chicago Heights | 708-906-1056 | 1914 Halsted | Chicago Heights | IL | 60411 |
| Cives Steel Company | 219-229-4000 | 337 N 700 W  P.O ... | Wolcott | IN | 47995 |
| Clean Car Connexion | 708-534-2300 | 25882 S Sunset Dr. | Monee | IL | 60449 |
| Clearpointt | 503-670-8089 | 808 134th Street S... | Everett | WA | 98204 |
| Climatemp | 312-829-0985 | 315 N. May Street | Chicago | IL | 60607-1215 |
| Columbia Pipe | 773-927-6600 | 1120 West Pershing | Chicago | IL | 60609 |
| ComRent International, LLC | 410-257-3000 | 7640 Investment C... | Owings | MD | 20736 |
| Concrete Erectors, Ltd. | 847-634-0810 | 16051 W. Busch Ro... | Prairie View | IL | 60069 |
| Concrete Structures of the Midwest, I... | 630-293-5775 | 1845 Western Drive | West Chicago | IL | 60185 |
| Continental Steel Tank | 773-778-1766 | 3349 W. Columbus | Chicago | IL | 60652 |
| Contracting & Material Company | 708-588-6000 | 9550 W. 55th Street | McCook | IL | 60525 |
| Cordeck Building Solutions | 262-857-3000 | 12620 Wilmot Road | Kenosha | WI | 53142 |
| Cordeck Sales, Inc. | | Andy Ba Balke | Kenosha | WI | 53142 |
| Corus Building Systems | 219-879-2793 | 4921 C South Ohio ... | Michigan City | IN | 46360 |
| D Construction, Inc. | 815-405-9588 | 1488 S. Broadway | Coal City | IL | 60416 |
| Danny's Construction, Inc. | 219-883-8821 | 86 North Bridge Str... | Gary | IN | 46404 |
| Design Inspirations | 262-767-1085 | 264 Shenandoah Ct... | Burlington | WI | 53105 |
| DSI, USA, INC. | 630-972-4037 | 320 Marmon Drive | Bolingbrook | IL | 60440-0951 |
| Dukane Precast | 630-355-8118 | 1805 High Grove La... | Naperville | IL | 60540 |
| Dunnet Bay Construction | 630-539-1200 | 115 N. Brandon Drive | Glendale Heights | IL | 60139 |
| Eagle America Corp | 312-501-9876 | 3660 N. Lake Shore... | Chicago | IL | 60613 |
| ECI Mechanical | 708-478-2686 | 9951 W. 190th St | Mokena | IL | 60448 |

9:16 AM

12/29/09

# Broderick Teaming Company
## Customer Contact List
### December 29, 2009

| Customer | Phone | Street1 | City | State | Zip |
|---|---|---|---|---|---|
| Edward E. Gillen Company | 414-769-3120 | 218 Becher St. | Milwaukee | WI | 53207 |
| EHMS, Inc. | 847-279-3930 | 1475 Busch Parkway | Buffalo Grove | IL | 60089 |
| Elk Chester Trucking | | P.O. Box 8327 | Lexington | KY | 40533 |
| Elston Window & Wall LLC | 312-850-4816 | 2525 N. Elston Ave... | Chicago | IL | 60647 |
| Enterprise Industries, Inc. | 815-469-6612 | 275 East Industry | Frankfort | IL | 60423 |
| Equipment Storage | 773-776-4616 | 7450 S. Ashland Ave. | Chicago | IL | 60636 |
| EW Cox USA Inc. | (732) 326-9290 | Ashton Sandilands | Woodbridge | NJ | 07095 |
| Expedited Logistics & Freight Service... | 281-442-3323 | P.O. Box 62127 | Houston | TX | 77205-2127 |
| F E. Moran | 847-498-4800 | 2265 Carlson Drive | Northbrook | IL | 60062 |
| FEL Services | 312-656-3137 cell | North Control Tower | Palatine | IL | 60067 |
| FK Ketler Company | 708-594-3300 | 5301 W. 65th Street | Bedford Park | IL | 60638 |
| Fujitech Elevator | 630-629-8808 ex129 | 1225 Greenbriar Dri... | Addison | IL | 60101 |
| Future Environmental, Inc. | 708-479-6900 | 19701 S. 97th Aven... | Mokena | IL | 60448 |
| G & S Mechanical | 708-598-2220 | 7705 West 98th Str... | Hickory Hills | IL | 60457 |
| G.F. Connelly Company, Inc. | 312-326-4100 | 2515 South Wabash | Chicago | IL | 60616 |
| Gate Precast Company | 859-744-9481 | P.O. Box 4156 | Winchester | KY | 40392 |
| Gilco Scaffolding | 847-298-1729 | 515 Jarvis Avenue | Des Plaines | IL | 60018 |
| Glass Solutions, Inc. | 630-532-1234 | 764 Oak Lawn Ave... | Elmhurst | IL | 60126 |
| Global Precast | 905-832-4307 | 2101 Teston Road | Maple | ON | L6A 1R3 |
| Goebel Forming, Inc. | 630-774-2158 | 6 N. 382 Garden Ave. | Roselle | IL | 60172 |
| GT Mechanical Projects & Design, Inc. | 708-645-7400 | 15729 South Annic... | Homer Glen | IL | 60491 |
| Guernsey Bel, Inc. | 773-927-4000 | 4300 S. Morgan St. | Chicago | IL | 60609 |
| Gus Moore Service | 773-586-5885 | 6855 West 65th Str... | Chicago | IL | 60638 |
| H & H Machinery Movers, Inc. | 815-467-1460 | Sue Ryan | Channahon | IL | 60410 |
| HA Logistics, Inc | 888-219-1473 ex121 | 5175 Johnson Drive | Pleasanton | CA | 94588 |
| Harmon Incorporated | 630-759-8060 | 580 W. Crossroads ... | Bolingbrook | IL | 60220 |
| Hauter Brothers | 219-776-4511 cell | 5319 Gull Drive | Schererville | IN | 64375 |
| Haynes Trucking | 859-254-2385 | P.O. Box 8638 | Lexington | KY | 40533 |
| Hayward Baker | 630-339-4300 | 1350 West Lake Str... | Roselle | IL | 60172 |
| Helders Motor Service | 773-523-8501 | 3201 S. Kostner Ave. | Chicago | IL | 60623 |
| Heneghan Wrecking Co. | 773-342-9009 | 1321 W. Concord P... | Chicago | IL | 60622 |
| Henry Brothers | 708-430-5400 | 9821 S 78th Ave | Hickory Hills | IL | 60457 |
| Herald Machine Works Inc. | 219-949-0580 | 7100 Industrial High... | Gary | IN | 46406 |
| Heritage Machine & Welding | 309-828-0400 | 1001 West Locust ... | Bloomington | IL | 60701 |
| Herlihy Mid-Continent | 708-378-1000 | 1306 Marquette Drive | Romeoville | IL | 60441 |
| Hey Machine Tools | | 1130 S. Michigan A... | Chicago | IL | 60605 |
| High Road Production | 312-735-4777 | 1115 W. Washington | Chicago | IL | 60607 |
| Hirschfeld Steel | 915-486-4201 | P.O. Box 3768 | St. Angelo | TX | 76902 |
| Holland Co | 708-672-2300 | 1000 Holland Drive | Crete | IL | 60417 |
| Hudson Boiler | 312-666-4780 | 1725 W. Hubbard | Chicago | IL | 60622 |
| Illinois Steel Service, Inc. | 312-440-1666 | P.O. Box 11809 | Chicago | IL | 60611 |
| Imperial Steel Tank Company | 773-523-7417 | 3234 West 31st Str... | Chicago | IL | 60623 |
| Independent Mechanical Industries | 773-282-4500 | 4155 North Knox Av... | Chicago | IL | 60641-1915 |
| Indiana Bridge Co. | 765-288-1985 | 1810 Macedonia | Muncie | IN | 47302 |
| Industrial Maintenance | 773-376-6526 | P.O. Box 385 | Kingsbury | IN | 46346 |
| Integrated Facilities Solutions | 847-480-3969 | 6219 Park Avenue | Morton Grove | IL | 60053 |
| International Erectors | 262-656-7009 | 5500 46th Street | Kenosha | WI | 53144 |
| International Hauling & Excavating | cell 708-516-3878 | 5859 Ogden Avenue | Cicero | IL | 60804 |
| International Marble | 773-252-2550 | 2950 W. Grand | Chicago | IL | 60622 |
| International Piping Systems, Inc. | cell 847-815-1065 | 444 East State Park... | Schaumburg | IL | 60173 |
| IPC, Inc. | | P.O. Box 518 | Iowa Falls | IA | 50126 |
| J.L.G. Trucking | 708-366-9916 | 1313 Circle Avenue | Forest Park | IL | 60130 |
| J.W. Peters and Sons | 800-877-9040 | 500 W. Market Street | Burlington | WI | 53105-2097 |
| Jeka Transport, Inc. | 773-254-3600 | 2350 S. Wood Street | Chicago | IL | 60608 |
| Jinnings Equipment | 260-447-4343 | 11515 Richard Road | Churubusco | IN | 46723 |
| JLO Metal Products, Inc. | 773-889-6242 | 5841 West Dickens... | Chicago | IL | 60639 |
| John Burns Construction Co | 708-479-2143 | 17600 Southwest H... | Orland Park | IL | 60462 |
| Joliet Boiler and Welding Co. | 815-740-1719 | 135 E. Van Buren St. | Joliet | IL | 60432 |
| K-Five Construction Corporation | 630-257-5600 | 13769 Main Street | Lemont | IL | 60439 |
| K & K Iron | 708-924-0000 | 5100 S. Lawndale | McCook | IL | 60525 |
| Kiewit-Reyes | 312-735-7113 | 10 North Dearborn | Chicago | IL | 60602 |
| Kinder Morgan | 412-264-6068 x212 | 333 Rouser Rd. | MoonTwp | PA | 15108 |
| KMC Food Group, Inc. | 606-922-8400 | 2005 Donna Drive | Ashland | KY | 41102 |
| Kone Inc. | 630-629-3100 ex264 | One Kone Court | Moline | IL | 61265 |
| LaGrange Crane | 708-354-3510 | 6180 River Road | Hodgkins | IL | 60525-4278 |
| Lake States Engineering | 773-694-2094 | P.O. Box 238 | Des Plaines | IL | 60016 |
| Lakeside Contractor Supply | 219-322-9300 | 524 Kennedy Avenue | Schererville | IN | 46375 |
| Landstar Ranger | 214-383-2450 | Attn: Brokerage Bill... | Jacksonville | FL | 32245-9139 |

9:16 AM

12/29/09

# Broderick Teaming Company
## Customer Contact List
### December 29, 2009

| Customer | Phone | Street1 | City | State | Zip |
|---|---|---|---|---|---|
| LB Foster | 630-954-1450 | 125 Windsor Drive | Oak Brook | IL | 60523 |
| Lincoln Services Inc. | 262-206-6681 | P.O. Box 248 | Richmond | IL | 60071 |
| Lorig Construction | 847-298-0360  X314 | 250 E. Touhy Ave. | Des Plaines | IL | 60018-2658 |
| Luise, Inc. | 708-488-0500ex21 offi | 1346 S. Hannah | Forest Park | IL | 60130 |
| M & I Steel | 815-521-1725 | 24226 S. Northern Il... | Channahon | IL | 60410 |
| M & M Heavy Haul, Inc. | 847-717-0000 | 417 Pleasant Drive | Schaumburg | IL | 60193 |
| Mace Iron Works, Inc | 815-469-2345 | 221 Industry Avenue | Frankfort | IL | 60423 |
| Mardale Specialty Foods | 847-336-4777 | Attn: J. Streiff/B. Sc... | Waukegan | IL | 60085 |
| Marina Cartage | 773-254-3644 | 4450 South Morgan | Chicago | IL | 60609 |
| Martam Construction Inc. | 847-608-6800 ex17 | 1200 Gasket Drive | Elgin | IL | 60120 |
| Martin International | 800-348-4759 | P.O. Box 522 | Ft. Wayne | IN | 46801 |
| Matson Integrated Logistics | 503-419-4780 | P.O. Box 6480 | Villa Park | IL | 60181-6480 |
| McCauley Mechanical | | 8787 South 78th Av... | Bridgeview | IL | 60456 |
| McHugh Construction | 312-986-8000 | 1737 S. Michigan A... | Chicago | IL | 60616-1211 |
| Meade Electric Company | 773-287-7600 x604 | 9550 W. 55th Street | McCook | IL | 60525 |
| Mechanical & Industrial | 815-521-1725 | 24226 S. Northern Il... | Channahon | IL | 60410 |
| Mechanical Concepts | 630-885-4519 jobsite | 6808 Hobson Valley... | Woodridge | IL | 60517 |
| Medine & Son, Inc. | 630-529-5728 | 417 Pleasant Drive | Schaumburg | IL | 60172 |
| Mendia Ornamental Iron & Awning, I... | 773-434-2106 | 7545 S. Claremont ... | Chicago | IL | 60620 |
| Mercede's Fabrication, Inc. | 708-596-5775 | 193 Pottawatomie L... | New Lenox | IL | 60451 |
| Mercury Transportation Inc | 773-517-7243 | 41 East 8th Street | Chicago | IL | 60605 |
| Meyer Metal Systems | 847-836-2567 | 1111 Davis Rd | Elgin | IL | 60123 |
| Meyer Steel Drum | 773-376-8376 | 3201 S. Millard | Chicago | IL | 60623 |
| Mid-States Glass and Metal, Inc. | 847-588-0001 | 5741 W. Howard St... | Niles | IL | 60714 |
| Midwest Industrial Metal | 773-202-8202 ex508 | 3030 North Tripp Av... | Chicago | IL | 60641 |
| Midwest Mechanical Group | 630-850-8619 | 540 Executve Drive | Willowbrook | IL | 60527 |
| Midwest REM Enterprises | 708-774-5514 | 2601 Lemoyne | Melrose Park | IL | 60106 |
| Midwest Steel, Inc. | 313-873-2220 | 2525 E. Grand Blvd. | Detroit | MI | 48211 |
| Mitsubishi Electric | 708-354-9378 | 5218 S. Dansher R... | Countryside | IL | 60525 |
| Monda Windows & Doors Mfg. LTD. | 773-890-3888 | 4101 West 42nd Pl... | Chicago | IL | 60632 |
| Morris Rezman Machinery | 312-829-2510 | 1340 W. Randolph | Chicago | IL | 60607-1522 |
| Motioncam, Inc. | cell 847-830-7964 | 4 Astor Court | Lake Forest | IL | 60045 |
| MTH Industries | 708-498-1100 | One MTH Plaza | Hillside | IL | 60162 |
| Multifilm Packaging Corp. | 847-695-7600 | 1040 N. McLean Bl... | Elgin | IL | 60123 |
| Murphy & Miller, Inc. | 312-435-8247 | 600 West Taylor Str... | Chicago | IL | 60607 |
| Murrihy Pallet | 773-471-0100 | P.O. Box 09054 | Chicago | IL | 60609-9998 |
| Naylor Pipe Company | 773-721-9400 | 1230 E. 92nd Street | Chicago | IL | 60619 |
| New Content, Inc. | Cell#773-343-8467 | 1925 N. Springfield ... | Chicago | IL | 60647 |
| NorSar LLC | 800-826-7619 | 4116 - 34th Avenue... | Everett | WA | 98205-3221 |
| North Shore Recycling | 773-621-2514 | 2527 Oakton St. | Evanston | IL | 60202 |
| Oak Park Chimney | 708-383-6589 | 1800 Des Plaines A... | Forest Park | IL | 60130 |
| Omega Demolition | 630-837-3000 | 31W570 Spaulding ... | Elgin | IL | 60120 |
| Otis Elevator Company | 630-889-2800 | 949 Oak Creek Drive | Lombard | IL | 60148 |
| Ozark Steel Fabricators | 573-756-5741 | #1 Ozark Steel Drive | Farmington | MO | 63640 |
| Pacific Construction | 312-201-7315 | 33 West Monroe Str... | Chicago | IL | 60603 |
| Park Industries | 800-328-2309ex302 | P.O. Box 188 | St. Cloud | MN | 56302 |
| Paujax Steel Erectors | 708-361-2592 | 10920 S. Rutherfor... | Worth | IL | 60482 |
| Permasteelisa North America | 312-446-7210 | 123 Day hill Rd | Windsor | CT | 06095 |
| Phoenix Fabrication & Supply | 708-339-1755 | 15100 S. Wallace | Phoenix | IL | 60426 |
| Pipe & Piling Supplies (U.S.A.) LTD. | 815-357-6899 | Chicago Branch | Seneca | IL | 61360 |
| PJkat Logistics | 708-331-8955 | 15755 S. Springfield | Markham | IL | 60428 |
| Precast Concrete Specialties | 920-685-2727 | P.O. Box 412 | Omro | WI | 54963 |
| Prestress Engineering Company | 815-586-4239 | 15606 E. 3200 N. R... | Blackstone | IL | 61313 |
| Priority Manufacturing | 847-671-3020 ex532 | 9545 W. Ainslie St. | Schiller Park | IL | 60176 |
| Pro-Tech Co., Inc. | | P.O. Box 1171 | Westmont | IL | 60559 |
| Qu-Bar | 708-339-8360 | 4149 West 166th St... | Oak Forest | IL | 60452 |
| Qu-Bar, Inc. | 708-203-5711 | 4149 West 166th St... | Oak Forest | IL | 60452 |
| Raco Industrial Corporation | 847-298-8600 | 2100 South Wolf R... | Des Plaines | IL | 60018 |
| Raffin Construction Company | 773-785-3055 | 382 East 116th Street | Chicago | IL | 60628 |
| Ramos Construction Co. | 630-782-1957 | 143 Paramount Dr. | Wood Dale | IL | 60191 |
| Rausch Construction Company | 708-865-7300 | 2717 S. 13th Avenue | Broadview | IL | 60155-4715 |
| Red-D-Arc Inc. | 773-586-2600 | 6900 West 63rd Str... | Chicago | IL | 60638-3916 |
| River North Storage | 312-829-0222 | 1722 W. Carroll Av... | Chicago | IL | 60612 |
| Roadco Transportation Services, Inc. | 1-800-323-2644 ex458 | 3417 S. Cicero Ave... | Cicero | IL | 60650 |
| Rochelle Erectors | 815-561-9390 | 409 Linda Ave | Rochelle | IL | 61068 |
| Rocks-Ann Truck/Arcadia | 847-249-9120 | 3030 N. 10th St. | Waukegan | IL | 60085 |
| Rocks-Ann Truck/Harmon | 847-249-9120 | 3030 N. 10th St. | Waukegan | IL | 60085 |
| Rocks-Ann Truck/Walsh | 847-249-9120 | 3030 N. 10th St. | Waukegan | IL | 60085 |

9:16 AM

12/29/09

# Broderick Teaming Company
## Customer Contact List
### December 29, 2009

| Customer | Phone | Street1 | City | State | Zip |
|---|---|---|---|---|---|
| Rocks-Ann Trucking | 847-249-9120 | 3030 N. 10th St. | Waukegan | IL | 60085 |
| Royal Crane | 708-974-0832 | P.O. Box 1858 | Bridgeview | IL | 60455 |
| Ryerson Tull | 1-800-621-4360 | 3611 109th St | Urbandale | IA | 50322 |
| S & S Panel Sales | 630-521-0970 | 647 Thomas Drive | Bensenville | IL | 60106 |
| Salles Machinery Corporation | 914-235-5578 | 271 North Avenue | New Rochelle | NY | 10801 |
| Scheck Mechanical | 708-218-7963 | 500 E. Plainfield Ro... | Countryside | IL | 60525 |
| Scientific Dust Collectors | 708-597-7090 | 4101 West 126th St... | Alsip | IL | 60803 |
| Shamrock Manufacturing Co. | 708-331-7776 | 15920 Suntone Drive | South Holland | IL | 60473 |
| Shari Motor Lines | | 9110 47th Street | Brookfield | IL | 60513 |
| Sievert Electric Service | 708-771-1600 | 1230 S. Hannah Ave. | Forest Park | IL | 60130 |
| Skyline Steel Corporation | 708-444-0999 | 8899 Brookside Ave... | West Chester | OH | 45069 |
| Slurry Systems Inc | 219-938-6667 | Bob Rollins | Gary | IN | 46403 |
| Smedberg Machine & Tool | 773-734-3000 ex300 | 7934 S. Chicago Ave. | Chicago | IL | 60617 |
| Smithfield Construction Group, Inc. | 312-446-2727 | 400 West Huron Str... | Chicago | IL | 60610 |
| South Shore Iron | 773-264-2267 ex23 | 407 West 109th Str... | Chicago | IL | 60628 |
| South Side Iron Works | 815-427-8330 | 400 N. 3rd Avenue | St. Anne | IL | 60964 |
| Springfield Service Supply, Inc. | 773-523-0022 | 3248 S. Pulaski Rd. | Chicago | IL | 60623 |
| SSSI/Lombard | 773-277-5000 | 2355 South Pulaski | Chicago | IL | 60623 |
| Stag Iron | 708-563-2300 | 7820 West 60th Pla... | Summit | IL | 60501 |
| Stallion Transport | 708-489-5101 | 4344 W. 99th Place | Oak Lawn | IL | 60453 |
| Steel Service Corporation | 601-939-9222 | P.O. Box 1144 | Jackson | MS | 39215-1144 |
| Steiner Electric | 847-652-6225 | 1250 Touhy Avenue | Elk Grove | IL | 60007 |
| T.H. Ryan Cartage | 708-345-0900 | P.O. Box 279 | Maywood | IL | 60153 |
| Tafco Corporation | 847-678-8425 | 1953 N. 17th Avenue | Melrose Park | IL | 60160 |
| Taft Contracting | 708-482-1085 | 9000 West 67th Str... | Hodgkins | IL | 60525 |
| Thatcher Foundations, Inc. | 773-721-9797 ex325 | 7100 Industrial High... | Gary | IN | 46406 |
| The Channel Corporation | 203-975-1404 | 980 Hope Street | Stamford | CT | 06907 |
| The Cleveland Marble Mosaic Comp... | 216-749-2840 | 4595 Hinckley Pkwy. | Cleveland | OH | 44109-6099 |
| Thomas Blackman & Associates | 312-432-0440 | 230 West Huron | Chicago | IL | 60610 |
| ThyssenKrupp Elevator | 708-236-7510 | 2305 Enterprise Drive | Westchester | IL | 60154 |
| Toltec Steel Services | 815-928-9600 | P.O. Box 351 | Kankakee | IL | 60901 |
| Trane Company | 630-734-3200 | 7100 Madison | Willowbrook | IL | 60521 |
| Trans Load Services, L.L.C. | 773-646-6941 | c/o Kinder Morgan | Chicago Heights | IL | 60411 |
| Transportation Solutions Group, LLC | 312-738-5500 | 400 N. Noble | Chicago | IL | 60622 |
| Tricon Metal & Services, Inc. | 708-235-8719 | Midwest Operations | University Park | IL | 60466 |
| TSI Logistics | 630-629-3100 ex264 | c/o Kone Elevator | McDonough | GA | 03253 |
| Tuttle Manufacturing | 847-381-7713 | 1032 W. Northwest ... | Barrington | IL | 60010 |
| UESCO Industries, Inc. | 708-385-7700 | P.O. Box 489 | Worth | IL | 60482 |
| United Machine | 219-548-8050 | 753 Axe Avenue | Valparaiso | IN | 46383 |
| Unity Manufacturing | 312-943-5200 | 1260 N. Clybourn | Chicago | IL | 60610 |
| Universal Building Products, Inc. | 412-321-0100 x-15 | C/O RayTrans Man... | Pittsburgh | PA | 15233 |
| Universal Iron Works Inc | 773-826-4766 x-30 | 1135 S. Kolmar Ave | Chicago | IL | 60624 |
| US Recycling | 281-779-0114 | 4123 Mooring Point | Missouri City | TX | 77477 |
| Vector Custom Fabricating | 312-421-5161 | 2128 W. Fulton | Chicago | IL | 60612 |
| Villa Mechanical | 708-299-9885 | 14001 S. Kostner A... | Crestwood | IL | 60445 |
| Voris Mechanical, Inc. | 630-469-7800 | 370 Windy Point Dri... | Glendale Heights | IL | 60139 |
| W.R. Weis Company | 312-949-1400 | 2100 South Wabash | Chicago | IL | 60616 |
| W.W. Timbers | 708-423-9112 | 10150 S. Virginia A... | Chicago Ridge | IL | 60415 |
| Walsh Construction | 312-656-1826 | Brenden Walsh | Indian Head Park | IL | 60525 |
| Walsh Construction Co. | 312-492-0600 ex3644 | 2711 East 112th Str... | Chicago | IL | 60617 |
| Warehouse Equipment, Inc. | 847-595-9400 | 2500 York Road | Elk Grove | IL | 60007 |
| Waspi Trucking, Inc. | 847-658-7170 | 8 Prosper Court | Lake in the Hills | IL | 60156 |
| Waukegan Steel Sales, Inc. | 847-662-2810 | VN 5350 | Waukegan | IL | 60085 |
| Webster Sheet Metal | 708-371-1470 | 13831 S. Kostner | Crestwood | IL | 60445 |
| WESCO Distribution | 630-513-4852 | 3654 Swenson Ave... | St. Charles | IL | 60174 |
| Western Remac, Inc. | 630-972-7770 ext 1003 | 1740 International P... | Woodridge | IL | 60517 |
| Westside Mechanical Inc. | 630-369-6690 | 2007 Corporate Lane | Naperville | IL | 60563-9647 |
| Whitecap Construction Supply | 708-225-1010 | 524 Kennedy Avenue | Schererville | IN | 46375 |
| Windy City Iron Works, Inc. | 773-252-4820 | 1334 N. Kostner Ave. | Chicago | IL | 60651 |
| Windy City Representatives | 312-738-2544 | 1342 W. Madison | Chicago | IL | 60607 |
| Windy City Roofing & Remodeling | 773-331-5000 | 3104 N. Ashland Av... | Chicago | IL | 60657 |
| Worldwide Integrated Supply Chain Sol | 877-685-5431 | c/o Ryerson Freight... | Urbandale | IA | 50322 |
| York International | 847-759-9675 | 1400 Business Cen... | Mt. Prospect | IL | 60056 |
| Zalk Josephs Fabricators L.L.C. | 608-873-6646 | 400 Industrial Circle | Stoughton | WI | 53589 |

Schedule B – Personal Property
25. Automobiles, Trucks, Trailers, and Other Vehicles

Broderick Teaming Company Trailer List    2010

| Trailer | Size | Year | Make | Serial Number |
|---------|------|------|------|---------------|
| 207-DD | 24'6" | 2007 | Talbert | 40FSK664171025572 |
| 204-LB | 0 | 1968 | Talbert | 3238 |
| 205-SD | 4356 | 1973 | Fontaine | FONZ2094073 |
| 206-SD | 0 | 1989 | Freuhauf | KM052208 |
| 19-35 | 35 | 1975 | Transcraft | TC8906 |
| 23-35' | 35 | 1977 | Transcraft | TC10105 |
| 25-35' | 35 | 1978 | Transcraft | TC11725 |
| 22-40' | 40 | 1977 | Transcraft | TC9932 |
| 27-40' | 40 | 1978 | Transcraft | TC11727 |
| 127-40 | 40 | 1995 | Great Dane | 73306 |
| 155-40 | 40 | 1974 | Brown | M733596 |
| 156-40 | 40 | 1974 | Brown | M733597 |
| 158-40 | 40 | 1973 | Brown | M733776 |
| 157-40 | 40 | 1973 | Brown | M733598 |
| 200-40 | 40 | 1981 | Strick | 240809 |
| 201-40 | 40 | 1981 | Strick | 240823 |
| 199-42 | 42 | 1979 | Hobbs | FHV349613 |
| 31-45 | 45 | 1995 | Great Dane | 73301 |
| 37-45 | 45 | 1995 | Great Dane | 79203 |
| 32-45 | 45 | 1995 | Great Dane | 73308 |
| 29-45 | 45 | 1995 | Great Dane | 79201 |
| 38-45 | 45 | 1995 | Great Dane | 79202 |
| 173-45 | 45 | 1978 | Transcraft | TC13216 |
| 174-45 | 45 | 1978 | Transcraft | TC13217 |
| 175-45 | 45 | 1978 | Transcraft | TC13218 |
| 176-45 | 45 | 1978 | Transcraft | TC13219 |
| 177-45 | 45 | 1979 | Transcraft | TC13220 |

| 178-45 | 45 | 1978 | Transcraft | TC13221 |
| 180-45 | 45 | 1979 | Transcraft | TC14182 |
| 181-45 | 45 | 1979 | Transcraft | TC14183 |
| 183-45 | 45 | 1979 | Transcraft | TC14185 |
| 184-45 | 45 | 1979 | Transcraft | TC14186 |
| 191-45 | 45 | 1979 | Transcraft | TC15561 |
| 192-45 | 45 | 1979 | Transcraft | TC15562 |
| 193-45 | 45 | 1979 | Transcraft | TC15563 |
| 194-45 | 45 | 1979 | Transcraft | TC15564 |
| 202-45 | 45 | 1980 | Transcraft | TC16453 |
| 203-45 | 45 | 1980 | Transcraft | TC16455 |
| 21-40-65' | 4065 | 1976 | Transcraft | TC8933 |
| 115-40-65 | 4065 | 1971 | Brown | TCJ1872 |
| 149-40-65 | 4065 | 1973 | Transcraft | TC4777 |
| 179-40-65 | 4065 | 1972 | Brown | TLC2130 |
| 188-40-65 | 4065 | 1979 | Transcraft | TC14200 |
| 189-40-65 | 4065 | 1979 | Transcraft | TC14201 |
| 151-45-75 | 4575 | 1973 | Transcraft | TC4779 |
| 153-45-75 | 4575 | 1974 | Transcraft | TC7603 |
| 154-45-75 | 4575 | 1974 | Transcraft | TC7604 |
| 169-45-75 | 4575 | 1976 | Transcraft | TC9368 |
| 170-45-75 | 4575 | 1976 | Transcraft | TC9369 |
| 171-45-75 | 4575 | 1977 | Transcraft | TC10502 |
| 172-45-75 | 4575 | 1977 | Transcraft | TC10503 |

| Service Tks | Style | yr | Make | Serial # |
| --- | --- | --- | --- | --- |
| 345 | Pick-up | 1979 | Ford | F28HPEH0887 |
| 364 | Pick-up | 1996 | Ford | 1FTCR14X8TPA55940 |
| 372 | Pick-up | 1998 | GMC | 1GTGK24R5WE520543 |
| 378 | Suburban | 2002 | Chevy | 1GNFK16Z72J171333 |

Schedule B – Personal Property
28.  Office Equipment, furnishings, and Supplies

Office Equipment & Supply Inventory
4 Decks with Chairs
4 Visitor Chairs
4 Computers with  Monitors
1 Fax Machine
1 Copier with cabinet
1 Lucent Partner Phone system with 7 desk phones
1 Typewriter
7 Filing cabinets
Miscellaneous office supplies paper, envelopes, staplers stackers file folders etc…

## Shop Equipment and Tool Inventory 12-2009

1 Torch Set
1 Wheel dolly
1 Lincoln arc welder
1 Engine Hoist
5 Ratchet jacks
2 Hydraulic jacks
1 Battery charger
1 5 ½ ton air jack
1 pneumatic Gear lube pump & gun
1 Wheel bearing packer
1 pneumatic grease gun & pump
1 Diesel/oil pump with filter
2 Bench Grinders
3 Large vices
9 assorted C clamps
1 parts washer
1 pneumatic oil pump on 250 gallon tank
2 floor jacks
1 Drill press
1 Barrel hand truck
2 standard hand trucks
4 jack stands
1 Sun volt and amp tester on stand
1 Large dye set
5 assorted reamers
1 Hydraulic porta-power
1 Battery tester
2 Engine come-alongs
1 Gear puller
1 cylinder liner puller
1 piston ring compressor
1 Alignment set for clutch plates and pilot bearing
1 3/8 torque wrench
1 ½ torque wrench
1 ¾ torque wrench
1 Timing light
1 Coolant system pressure tester
1 Soldering gun
1 large rivet gun
1 small rivet gun
1 pneumatic grinder
1 Paint gun

1 Electronic Engine Scanner
1 Air conditioning 134a Gauge set
1 Trailer light tester, battery in cart
1 Engine compression tester
Miscellaneous hand tools
Miscellaneous shovels and brooms
1 Greenlee Job Box
Assortment ¾ drive wheel hub sockets
2 heavy duty work benches
1 desk
5 chairs
1 Large floor fan
1 hand grease gun
2 large sledge hammers
225 lbs of welding rod
2 step ladders
1 large shop air compressor
1 pressure washer
4 large shop curtains
5 drain pans
1 Pair heavy duty trailer jack stands
1 Time clock
1 Phillips generator/battery charger on cart
12 bags of 50 lb road rock salt
1 water cooler/refrigerator
1 refrigerator/freezer
1 Manlift cage for forklift
1 Aluminum bulkhead for truck
1 1" impact gun
1 ¾ impact gun

## Truck Parts Inventory 12-11-09

16' of 7" Apitong Flooring
7 Gallons Air Brake Antifreeze
4 qts Diesel fuel conditioner
7  FS1000 Fuel Filters
10  BD7153 Oil Filters
2  BD103 Oil Filters
5  BF1259 Fuel Filters
11  BW5137 Coolant Filters
3  8050 Fuel filters
25 Wheel seals of different types/sizes
2  66833 Shocks for Ford (rear)
8  66630 Shocks for Ford (front)
3  56557 Hendrickson slipper pads
2  5th wheel pins
1  18c311 A/C selector switches
4  19e561 A/C low pressure switch
1  Headlight switch
2 oil pressure sensors
1 coolant level sensor
4 Idle validation switch
1  4089371 Upper Engine gasket set
1  4q13514a Mack accel pedal with sen.
1  17c476 wiper control module
4  9f832 throttle pedal sensor
1  130800 throttle pedal sensor
1  3804303 oil pan gasket
1  Fan control (3 min timer) module
1  Alarmastat coolant temp sensor
6  wipers different lenth and style
Assortment of Electrical, lights, bulbs,
fuses, terminals, ect.
Assortment of Hoses, plastic, rubber,
copper, of varying sizes
Assortment of Hardware, nuts, bolts,
rivets, springs, and hose clamps.
1  cr5005037 purge valve rebuild kit
5 cans brake parts cleaner
2 cans penetrating oil
7 cans starting fluid
7 cans of spray paint Red, White, Black

### Tires type / wheel type
1  Bias tire on Dayton
5   Drive tires on daytons
1  Steer tire on Dayton
1  Steer tire on Budd
1  steer tire on Motor
2  Drive tires on Motors
6  Trailer tires on Motors
2  11R24.5 Multi on Motors
2  255.70.225 on Daytons
2  8.25 15 tires on Daytons
1  11R22.5 steer unmounted
11  Tires: flat, need retread, or junk
*24 Total Good tires*

### Truck Equipment Inventory
152  2" Straps
153  2" Strap ratchets
465  3/8" Chain *different lenths*
72   5/16" Chain *different lenths*
113  Chain Binders
23   Chain Ratchet Binders
8  ½" Chain
8 ½" Chain Ratchet Binders

B6D (Official Form 6D) (12/07)

In re **Broderick Teaming Company**                                              Case No. _____
                                                                    ,
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx0202** <br><br> **American Chartered Bank** <br> **932 W. Randolph St.** <br> **Chicago, IL 60607** | X | - | September 2006 <br><br> Business Loan <br><br> All business assets <br><br> Value $           **Unknown** | | | | 90,833.21 | **Unknown** |
| Account No. **xxxx0201** <br><br> **American Chartered Bank** <br> **932 W. Randolph St.** <br> **Chicago, IL 60607** | X | - | September 2006 <br><br> Line of credit <br><br> Accounts receivable of Broderick Teaming <br><br> Value $           **91,784.30** | | | | 169,320.75 | 77,536.45 |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |

| | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal <br> (Total of this page) | 260,153.96 | 77,536.45 |
| | Total <br> (Report on Summary of Schedules) | 260,153.96 | 77,536.45 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re  **Broderick Teaming Company**                                                                                        Case No. _____

,

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____5_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re   **Broderick Teaming Company**                                          ,          Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No.<br><br>**Broderick EEs** | | | **Calendar Year 2009**<br><br>**Unused Vacation** | | | | | | 0.00 |
| | | | | | | | 6,963.20 | | 6,963.20 |
| Account No.<br><br>**Tedd Joe Bryan**<br>**899 Amour Ct.**<br>**Bourbonnais, IL 60914** | | | | | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No.<br><br>**Jason Connoly**<br>**7301 S. 86th Ave.**<br>**Justice, IL 60458** | | | | | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No.<br><br>**James Gliottoni**<br>**6449 W. Birch Ct.**<br>**Monee, IL 60449** | | | | | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |

Sheet __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| | 6,963.20 | 6,963.20 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Broderick Teaming Company** _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Harry Hullinger 509 Parseghian Place Manteno, IL 60950 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| I.C. Morrow 3115 W. Flourney Chicago, IL 60612 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Donald Jahnke 5145 S. Avers Chicago, IL 60632 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Tommie Jones 6914 Oakley Chicago, IL 60636 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| James Kroyman 5344 S. Rockwell Chicago, IL 60632 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

0.00          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Broderick Teaming Company** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| James Murray 19504 D 115th AVe. Mokena, IL 60448 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Kevin Paradais 8976 Herbert Ct. Tinley Park, IL 60487 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Daniel Schallo 8455 S. Latrobe Burbank, IL 60459 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Adrienne Starzyk 7709 W. 82 Place Bridgeview, IL 60455 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Donna Stroden 819 W. 37th Street Chicago, IL 60609 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 0.00 | | |
| 0.00 | | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Broderick Teaming Company**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Anthony Tiberi 25 W. Donovan Ct. Crete, IL 60417 | | - | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Jason Tuntland 123 Tomagers Dr. Bourbonnais, IL 60914 | | - | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Grover Weiss 16624 S. Winsor Lane Lockport, IL 60441 | | - | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Walter Yerkes 14301 Sherman St. Posen, IL 60469 | | - | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Broderick Teaming Company**                                                          , Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xxx-xxxxx0-000**<br><br>**Chicago Truck Drivers Helpers and Warehouse Workers Union**<br>**6648 S. Narragansett Ave.**<br>**Chicago, IL 60638** | - | | | **October 2009**<br><br>**Due in November** | | | | **6,472.16** | **0.00**<br><br>**6,472.16** |
| Account No. **xxx-xxxxx0-000**<br><br>**Chicago Truck Drivers Helpers and Warehouse Workers Union**<br>**6648 S. Narragansett Ave.**<br>**Chicago, IL 60638** | - | | | **November 2009**<br><br>**Due in December** | | | | **6,137.60** | **0.00**<br><br>**6,137.60** |
| Account No.<br><br>**Chicago Truck Drivers Union**<br>**6648 S. Narragansett**<br>**Bedford, IL 60638** | - | | | | | | | **485,663.00** | **0.00**<br><br>**485,663.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 498,272.76 | 0.00<br>498,272.76 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 505,235.96 | 0.00<br>505,235.96 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Broderick Teaming Company**                                            ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx 1343**<br><br>**AAA Alliance Towing and Recovery**<br>**304 E. Quincy St.**<br>**Riverside, IL 60546** | | - | | | | | | 358.40 |
| Account No. **DU4**<br><br>**ADP Total Source**<br>**16901 Michigan Ave.**<br>**Dearborn, MI 48126** | | | | **11-30-09 to 12-4-09** | | | | 4,635.13 |
| Account No. **DVH**<br><br>**ADP Total Source**<br>**16901 Michigan Ave.**<br>**Dearborn, MI 48126** | | - | | **11-30-09 to 12-04-09** | | | | 11,293.39 |
| Account No.<br><br>**Advanta Bank Corp.**<br>**PO Box 8088**<br>**Philadelphia, PA 19101-8088** | | - | | | | | | 7,566.93 |
| ___7___ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | 23,853.85 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:21307-091210    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Broderick Teaming Company**                                     ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Aetna Truck Parts** 1133 W. Pershing Road Chicago, IL 60609 | - | | | | | | 558.07 |
| Account No. **xD284** **Aflac** Columbus, GA 31999 | - | | | | | | 204.72 |
| Account No. **xxxx-xxxxxx-x6000** **American Express** Box 0001 Los Angeles, CA 90096-8000 | - | | | | | | 2,908.52 |
| Account No. **Auto Mechanics Local 701** PO Box 84417 Chicago, IL 60690 | - | | | | | | 1,720.00 |
| Account No. **Barnes Distribution** Dept CH 14079 Palatine, IL 60055-4079 | - | | | | | | 227.23 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,618.54

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Broderick Teaming Company**                                                  ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Rent due for commercial real estate | | | | |
| C & J Holdings Illinois Inc. 1407 W. Pershing Road Chicago, IL 60609 | - | | | | | | | | 92,500.00 |
| Account No. | | | | | | | | | |
| Chase Card Services PO Box 15153 Wilmington, DE 19886-5153 | - | | | | | | | | 36,093.57 |
| Account No. | | | | | | | | | |
| Chicago Regional Trucking Assoc. 1725 S. Naperville Rd., Suite 201 Wheaton, IL 60187 | - | | | | | | | | 275.00 |
| Account No. | | | | | | | | | |
| Chicago Tire 16001 S. Van Drunen Rd. South Holland, IL 60473 | - | | | | | | | | 485.80 |
| Account No. | | | | | | | | | |
| Cintas Corp. PO Box 5 Bedford Park, IL 60499 | - | | | | | | | | 1,116.05 |

Sheet no. __2___ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

130,470.42

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Broderick Teaming Company**                                          Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x5328** | | | **Legal Name** | | | | |
| **City of Chicago**<br>**Dept. of Business Affairs**<br>**121 N. LaSalle St.,  Room 800**<br>**Chicago, IL 60602** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **City of Chicago - Dept. of Revenue**<br>**Traffic Mgmt**<br>**City Hall Room 905**<br>**Chicago, IL 60602** | - | | | | | | **1,400.00** |
| Account No. | | | | | | | |
| **Cottingham & Butler**<br>**PO Box 449**<br>**Dubuque, IA 52004-0049** | - | | | | | | **9,398.00** |
| Account No. | | | | | | | |
| **D & H  Truck Parts, Inc.**<br>**3021 S. Archer Ave.**<br>**Chicago, IL 60608-5512** | - | | | | | | **535.23** |
| Account No. | | | | | | | |
| **ESP Two Way Radio Sales & Service**<br>**PO Box 61**<br>**Brookfield, IL 60513** | - | | | | | | **1,366.00** |

| | |
|---|---|
| Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)    **12,699.23** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Broderick Teaming Company**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Eugene M. Durbin & Company PC 9400 Bormet Drive, #6 Mokena, IL 60448 | - | | | | | | | 6,303.00 |
| Account No. | | | | | | | | |
| Flood Brothers Disp & Recycle Serv PO Box 95229 Palatine, IL 60095 | - | | | | | | | 178.40 |
| Account No. | | | | | | | | |
| Guardian Pest Control 3045 W. 45th Ave. Highland, IN 46322 | - | | | | | | | 156.00 |
| Account No. | | | | | | | | |
| Helen's Super Cleaning Service 13240 Mulranny Drive Lockport, IL 60441 | - | | | | | | | 240.00 |
| Account No. | | | | | | | | |
| Home Depot Credit Services PO Box 6029 The Lakes, NV 88901 | - | | | | | | | 25.02 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,902.42

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Broderick Teaming Company**                                              ,      Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Local 710 I.B.T.**<br>**4217 South Halsted**<br>**Chicago, IL 60609** | - | | | | | | 810.00 |
| Account No.<br><br>**Mercyworks Occup. Medicine Center**<br>**Dept 77-2988**<br>**Chicago, IL 60678** | - | | | | | | 275.20 |
| Account No.<br><br>**National Benefit Services, Inc.**<br>**300 W. Adams ST., #326**<br>**Chicago, IL 60606** | - | | | | | | 726.25 |
| Account No.<br><br>**National Resident Agent Service,Inc**<br>**PO Box 276**<br>**Exton, PA 19341** | - | | | | | | 25.00 |
| Account No.<br><br>**Praxair Distribution, Inc.**<br>**Dept CH 10660**<br>**Palatine, IL 60055** | - | | | | | | 17.99 |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    1,854.44
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Broderick Teaming Company**                                    , Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **River North Storage** 1722 W. Carrol Ave. Chicago, IL 60612 | - | | | | | | 986.00 |
| Account No. **Scopelitis, Garvin, Light & Hanson** 10 W. Market St., #1500 Indianapolis, IN 46204 | - | | | | | | 2,905.77 |
| Account No. **SimplexGrinnell LP** Dept. CH 10320 Palatine, IL 60055 | - | | | | | | 297.00 |
| Account No. **Speedway SuperAmerica LLC** PO Box 750487 Cincinnati, OH 45274 | - | | | | | | 100.00 |
| Account No. **Stallion Transport, Inc.** 4344 West 99th Place Oak Lawn, IL 60453 | - | | | | | | 1,781.80 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     6,070.57

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Broderick Teaming Company**                                    ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Travelers Insurance COmpany CL Remittance Center Hartford, CT 06183 | - | | | | | | 928.69 |
| Account No. | | | | | | | |
| Treas. State of IL #1320 IDOT, Rm 117 2300 S. Dirksen Pkwy Springfield, IL 62764 | - | | | | | | 166.00 |
| Account No. | | | | | | | |
| Warren Oil Co. PO Box 40 Summit Argo, IL 60501 | - | | | | | | 11,454.99 |
| Account No. | | | | | | | |
| Wright Express Corp. Fleet Fueling PO Box 6293 Carol Stream, IL 60197 | - | | | | | | 4,753.58 |
| Account No. | | | | | | | |
| Zweifel TV Hardware, Inc. 345 W. 25th Place Chicago, IL 60616 | - | | | | | | 63.74 |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 17,367.00 |
| Total (Report on Summary of Schedules) | | 204,836.47 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Broderick Teaming Company**                                                    Case No. _____

_____,
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Automobile Mechanics' Local 701**<br>**500 W. Plainfield Road**<br>**Countryside, IL 60525** | **Labor contract for mechanics** |
| **C & J Holdings Illinois Inc.**<br>**1407 W. Pershing Road**<br>**Chicago, IL 60609** | **Property Lease Rent due for Commercial Real Estate** |
| **Chicago Truck Drivers Union Independent**<br>**6648 S. Narragansett**<br>**Bedford Park, IL 60638** | **Defined Benefit Pension Program.** |
| **IBT Local 710**<br>**4217 S. Halsted Street**<br>**Chicago, IL 60609** | **Labor contract for truck drivers expired 3/31/2008** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **Broderick Teaming Company**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **ALG Holdings**<br>**1407 W. Pershing Road**<br>**Chicago, IL 60609** | **American Chartered Bank**<br>**932 W. Randolph St.**<br>**Chicago, IL 60607** |
| **James A. Gliottoni**<br>**6449 W. Birch Court**<br>**Monee, IL 60449** | **American Chartered Bank**<br>**932 W. Randolph St.**<br>**Chicago, IL 60607** |
| **James A. Gliottoni**<br>**6449 W. Birch Court**<br>**Monee, IL 60449** | **Chicago Truck Drivers Union**<br>**6648 S. Narragansett**<br>**Bedford Park, IL 60638** |
| **James A. Gliottoni**<br>**6449 W. Birch Court**<br>**Monee, IL 60449** | **Brandon Broderick**<br>**1303 W. Nelson St.**<br>**Chicago, IL 60657** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Broderick Teaming Company**        Case No. _____
                         Debtor(s)     Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ **33** ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 15, 2010** _____        Signature    **/s/ James A. Gliottoni** _____
                                                      **James A. Gliottoni**
                                                      **President**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Broderick Teaming Company**                                      Case No.

_____
Debtor(s)                                      Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2010 YTD** |
| **$966,318.89** | **2009:** |
| **$2,434,128.20** | **2008:** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **James Gliottoni and Broderick Teaming Company v. Letke & Associates, Inc., et al.; Case No. 06 L 967** | | **Circuit Court of Cook County, Illinois, County Department, Law Division** | **Settled for $35,000; determined that interest in lawsuit belonged to James Gliottoni as damaged party.** |
| **Brendan Broderick v. James Gliottoni and Broderick Teaming, Inc.; Case No. 2009 CH 09347** | | **Circuit Court of Cook County, Illinois, County Department, Law Division, First District** | |
| **Broderick Teaming and James Gliottoni v. Joseph Letke** | **Business Dispute** | **Circuit Court of Cook County** | **Ongoing** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Chartered Bank v. Broderick Teaming and James Gliottoni; Case No. 09 L 51803** | **Citation to Discover Assets** | **Circuit Court of Cook County, Illinois** | **pending** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Crane, Heyman, Simon, Welch & Clar Suite 3705 135 South LaSalle Street Chicago, IL 60603-4297 | 1/4/10 | $2,500.00 (includes filing fee of $299.00) |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| First United Bank Steger Banking Center 20 W. Steger Rd. Steger, IL 60475 | 12 month cd | $20,643.39 closed October 27, 2009 |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Eugene M. Durbin & Company PC** | **3/2004 to present** |
| **9400 Bormet Dr.** | |
| **Mokena, IL 60448** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

### 20. Inventories

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**Chicago Truck Drivers, Helpers and Warehouse Workers Union**

9

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **March 15, 2010**                    Signature    **/s/ James A. Gliottoni**

**James A. Gliottoni**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Broderick Teaming Company**                                       Case No.

                                               Debtor(s)          Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept                                        $ | **2,500.00*** |
| Prior to the filing of this statement I have received                              $ | **2,500.00** |
| Balance Due                                                                        $ | **0.00** |

2.   The source of the compensation paid to me was:            * Includes filing fee of $200.00

   ☒ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **adversary proceedings, complaints to determine dischargeability of debt and complaints objecting to discharge, redemption proceedings, abandonment proceedings, motions to dismiss or to convert the Chapter 7 case to another Chapter under the Bankruptcy Code or representation of the Debtor in such a converted case.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March  5, 2010**                              **/s/ SCOTT R. CLAR**
                                                        **SCOTT R. CLAR**
                                                        **Crane, Heyman, Simon, Welch & Clar**
                                                        **Suite 3705**
                                                        **135 South LaSalle Street**
                                                        **Chicago, IL 60603-4297**
                                                        **312-641-6777  Fax: 312-641-7114**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re **Broderick Teaming Company**

Debtor(s)

Case No.

Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **64**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **March 15, 2010**

**/s/ James A. Gliottoni**

**James A. Gliottoni/President**
Signer/Title

AAA Alliance Towing and Recovery
304 E. Quincy St.
Riverside, IL 60546

Blarco Distribution
Dept CH 14079
Palatine, IL 60055-4079

Cintas Corp.
PO Box 5
Bedford Park, IL 60499

ADP Total Source
16901 Michigan Ave.
Dearborn, MI 48126

Broderick EEs

City of Chicago
Dept. of Business Affairs
121 N. LaSalle St.,  Room 800
Chicago, IL 60602

Advanta Bank Corp.
PO Box 8088
Philadelphia, PA 19101-8088

Tedd Joe Bryan
899 Amour Ct.
Bourbonnais, IL 60914

City of Chicago - Dept. of Revenu
Traffic Mgmt
City Hall Room 905
Chicago, IL 60602

Aetna Truck Parts
1133 W. Pershing Road
Chicago, IL 60609

C & J Holdings Illinois Inc.
1407 W. Pershing Road
Chicago, IL 60609

Jason Connoly
7301 S. 86th Ave.
Justice, IL 60458

Aflac
Columbus, GA 31999

Chase Card Services
PO Box 15153
Wilmington, DE 19886-5153

Cottingham & Butler
PO Box 449
Dubuque, IA 52004-0049

ALG Holdings
1407 W. Pershing Road
Chicago, IL 60609

Chicago Regional Trucking Assoc.
1725 S. Naperville Rd., Suite 201
Wheaton, IL 60187

D & H  Truck Parts, Inc.
3021 S. Archer Ave.
Chicago, IL 60608-5512

American Chartered Bank
932 W. Randolph St.
Chicago, IL 60607

Chicago Tire
16001 S. Van Drunen Rd.
South Holland, IL 60473

ESP Two Way Radio Sales & Ser
PO Box 61
Brookfield, IL 60513

American Express
Box 0001
Los Angeles, CA 90096-8000

Chicago Truck Drivers Helpers and
   Warehouse Workers Union
6648 S. Narragansett Ave.
Chicago, IL 60638

Eugene M. Durbin & Company PC
9400 Bormet Drive, #6
Mokena, IL 60448

Auto Mechanics Local 701
PO Box 84417
Chicago, IL 60690

Chicago Truck Drivers Union
6648 S. Narragansett
Bedford, IL 60638

Flood Brothers Disp & Recycle Se
PO Box 95229
Palatine, IL 60095

Automobile Mechanics' Local 701
500 W. Plainfield Road
Countryside, IL 60525

Chicago Truck Drivers Union
Independent
6648 S. Narragansett
Bedford Park, IL 60638

James Gliottoni
6449 W. Birch Ct.
Monee, IL 60449

Guardian Pest Control
3045 W. 45th Ave.
Highland, IN 46322

Ideal Pro Pest
4219 South Halsted
Chicago, IL 60609

SimplexGrinnell LP
Dept. CH 10320
Palatine, IL 60055

Helen's Super Cleaning Service
13240 Mulranny Drive
Lockport, IL 60441

Mercyworks Occup. Medicine Center
Dept 77-2988
Chicago, IL 60678

Speedway SuperAmerica LLC
PO Box 750487
Cincinnati, OH 45274

Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901

James Murray
19504 D 115th AVe.
Mokena, IL 60448

Stallion Transport, Inc.
4344 West 99th Place
Oak Lawn, IL 60453

Harry Hullinger
509 Parseghian Place
Manteno, IL 60950

National Benefit Services, Inc.
300 W. Adams ST., #326
Chicago, IL 60606

Adrienne Starzyk
7709 W. 82 Place
Bridgeview, IL 60455

I.C. Morrow
3115 W. Flourney
Chicago, IL 60612

National Resident Agent Service,Inc
PO Box 276
Exton, PA 19341

Donna Stroden
819 W. 37th Street
Chicago, IL 60609

IBT Local 710
4217 S. Halsted Street
Chicago, IL 60609

Kevin Paradais
8976 Herbert Ct.
Tinley Park, IL 60487

Anthony Tiberi
25 W. Donovan Ct.
Crete, IL 60417

Donald Jahnke
5145 S. Avers
Chicago, IL 60632

Praxair Distribution, Inc.
Dept CH 10660
Palatine, IL 60055

Travelers Insurance COmpany
CL Remittance Center
Hartford, CT 06183

James A. Gliottoni
6449 W. Birch Court
Monee, IL 60449

River North Storage
1722 W. Carrol Ave.
Chicago, IL 60612

Treas. State of IL #1320
IDOT, Rm 117
2300 S. Dirksen Pkwy
Springfield, IL 62764

Tommie Jones
6914 Oakley
Chicago, IL 60636

Daniel Schallo
8455 S. Latrobe
Burbank, IL 60459

Jason Tuntland
123 Tomagers Dr.
Bourbonnais, IL 60914

James Kroyman
5344 S. Rockwell
Chicago, IL 60632

Scopelitis, Garvin, Light & Hanson
10 W. Market St., #1500
Indianapolis, IN 46204

Warren Oil Co.
PO Box 40
Summit Argo, IL 60501

Grover Weiss
16624 S. Winsor Lane
Lockport, IL 60441


Wright Express Corp.
Fleet Fueling
PO Box 6293
Carol Stream, IL 60197


Walter Yerkes
14301 Sherman St.
Posen, IL 60469


Zweifel TV Hardware, Inc.
345 W. 25th Place
Chicago, IL 60616

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Broderick Teaming Company**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Broderick Teaming Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 15, 2010**

Date

**/s/ SCOTT R. CLAR**

**SCOTT R. CLAR**

Signature of Attorney or Litigant

Counsel for   **Broderick Teaming Company**

**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**