IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Chapter 7 |
|---|---|
| BRODERICK TEAMING COMPANY, | Bankruptcy Case No. 10-11065 |
|  | Judge Carol A. Doyle |
| Debtor. | Hearing Date: September 12, 2013<br>Time: 10:00 a.m. |

## NOTICE OF MOTION

TO: See attached service list

PLEASE TAKE NOTICE that on September 12, 2013, at 10:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol A. Doyle, or any judge sitting in her place and stead in Courtroom 742, Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached DEBTOR'S MOTION TO COMPEL TRUSTEE TO FILE A FINAL REPORT AND MAKE A FINAL ACCOUNT TO THE COURT AND THE UNITED STATES TRUSTEE, a copy of which is hereby served upon you.

/s/ Kenneth A. Henry
Kenneth A. Henry, Esq.

Kenneth A. Henry, Esq.
One North LaSalle St., Suite 2200
Chicago, Illinois 60602
Tel: 312.857.0100/ Fax: 312.857.1157
ARDC No. 01193457

## CERTIFICATE OF SERVICE

I, Kenneth A. Henry, the undersigned attorney, certify that on August 29, 2013, I caused a copy of the foregoing Notice of Motion and the DEBTOR'S MOTION TO COMPEL TRUSTEE TO FILE A FINAL REPORT AND MAKE A FINAL ACCOUNT TO THE COURT AND THE UNITED STATES TRUSTEE attached thereto to be served on the parties listed on the following Service List by electronic notice through the Court's CM/ECF system:

1. Patrick F. Ross, Attorney for Trustee R. Scott Alsterda
2. R Scott Alsterda, Trustee
3. Patrick S. Layng, U.S. Trustee
4. Steven R Rappin, Attorney for American Chartered Bank

In addition, copies of the foregoing were served by depositing same in the US Mail on August 29, 2013 to the non-CM/ECF participants listed on the attached mailing list.

/s/ Kenneth A. Henry

KENNETH A. HENRY, ESQ. (ARDC No. 1193457)
Attorney for Debtor / Movant
One North LaSalle Street, Suite 2200
Chicago, IL 60602-3912
312.857.0100
khenry@kahlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 10-11065<br>Northern District of Illinois<br>Chicago<br>Fri Feb 22 11:01:03 CST 2013 | Broderick Teaming Company<br>1407 W. Pershing Road<br>Chicago, IL 60609-2407 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AAA Alliance Towing and Recovery<br>304 E. Quincy St.<br>Riverside, IL 60546-2178 | ADP Total Source<br>16901 Michigan Ave.<br>Dearborn, MI 48126-2729 |
| ALG Holdings<br>1407 W. Pershing Road<br>Chicago, IL 60609-2407 | Adrienne Starzyk<br>7709 W. 82 Place<br>Bridgeview, IL 60455-1641 | Advanta Bank Corp.<br>P O BOX 3001<br>Malvern, PA 19355-0701 |
| Advanta Bank Corp. in receivership of<br>FDIC<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Aetna Truck Parts<br>1133 W. Pershing Road<br>Chicago, IL 60609-1429 | Aflac<br>Columbus, GA 31999-0001 |
| American Chartered Bank<br>932 W. Randolph St.<br>Chicago, IL 60607-2219 | American Chartered Bank<br>C/O Hauselman, Ralph & Olswang Ltd<br>39 S. Lasalle St Ste 1105<br>Chicago, IL 60603-1720 | American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 |
| American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Anthony Tiberi<br>Dan Shalloo<br>8455 S Latrobe<br>Burbank, IL 60459-2639 | Auto Mechanics Local 701<br>PO Box 84417<br>Chicago, IL 60690 |
| Automobile Mechanics' Local 701<br>500 W. Plainfield Road<br>Countryside, IL 60525-3580 | Barnes Distribution<br>Dept CH 14079<br>Palatine, IL 60055-4079 | C & J Holdings Illinois Inc.<br>20 N. Wacker Drive<br>St. 1839<br>Chicago, IL 60606-2806 |
| C & J Holdings Illinois LLC<br>20 N. Wacker Dr., Suite 1839<br>Chicacgo, IL 60606-2905 | Chase Bank USA NA<br>P.O. BOX 15145<br>Wilmington DE 19850-5145 | Chase Card Services<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| Chicago Regional Trucking Assoc.<br>1725 S. Naperville Rd., Suite 201<br>Wheaton, IL 60189-5855 | Chicago Tire<br>16001 S. Van Drunen Rd.<br>South Holland, IL 60473-1284 | Chicago Truck Drivers Health & Welfare Fund<br>c/o Thomas J. Angell<br>Jacobs, Burns, Orlove & Hernandez<br>122 S. Michigan Ave., Ste 1720<br>Chicago, IL 60603-6145 |
| Chicago Truck Drivers Helpers and<br>Warehouse Workers Union<br>6648 S. Narragansett Ave.<br>Chicago, IL 60638-5112 | Chicago Truck Drivers Pension Fund<br>c/o Thomas J. Angell<br>Jacobs, Burns, Orlove & Hernandez<br>122 S. Michigan Ave., Ste 1720<br>Chicago, IL 60603-6145 | Chicago Truck Drivers Union<br>6648 S. Narragansett<br>Bedford, IL 60638-5112 |

Chicago Truck Drivers Union
Independent
6648 S. Narragansett
Bedford Park, IL 60638-5112

Cintas Corp.
PO Box 5
Bedford Park, IL 60499-0005

City of Chicago
Dept. of Business Affairs
121 N. LaSalle St., Room 800
Chicago, IL 60602-1237


City of Chicago - Dept. of Revenue
Traffic Mgmt
City Hall Room 905
Chicago, IL 60602

Cottingham & Butler
PO Box 449
Dubuque, IA 52004-0449

D & H Truck Parts, Inc.
3021 S. Archer Ave.
Chicago, IL 60608-5592


Daniel Schallo
8455 S. Latrobe
Burbank, IL 60459-2639

Donald Jahnke
5145 S. Avers
Chicago, IL 60632-3702

Donald Jahnke
c/o: Ryan A. Hagerty
Asher, Gittler, Greenfield & D'Alba
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606-6942


Donna Stroden
819 W. 37th Street
Chicago, IL 60609-1537

ESP Two Way Radio Sales & Service
PO Box 61
Brookfield, IL 60513-0061

Eugene M. Durbin & Company PC
9400 Bormet Drive, #6
Mokena, IL 60448-7402


Flood Brothers Disp & Recycle Serv
PO Box 95229
Palatine, IL 60095-0229

Grover J. Weiss
c/o: Ryan A. Hagerty
Asher, Gittler, Greenfield & D'Alba
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606-6942

Grover Weiss
16624 S. Winsor Lane
Lockport, IL 60441-6283


Guardian Pest Control
3045 W. 45th Ave.
Highland, IN 46322-3202

Harry Bullinger
509 Parseghian Place
Manteno, IL 60950-1703

Helen's Super Cleaning Service
13240 Mulranny Drive
Lockport, IL 60491-6781


Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901-6029

I. C. Morrow
c/o Thomas J. Angell
Jacobs, Burns, Orlove & Hernandez
122 S. Michigan Ave., Ste. 1720
Chicago, IL 60603-6145

I.C. Morrow
3115 W. Flourney
Chicago, IL 60612-3340


IBT Local 710
4217 S. Halsted Street
Chicago, IL 60609-2636

James A. Gliottoni
6449 W. Birch Court
Monee, IL 60449-9238

James Gliottoni
6449 W. Birch Ct.
Monee, IL 60449-9238


James Kroyman
5344 S. Rockwell
Chicago, IL 60632-1515

James Murray
19504 D 115th AVe.
Mokena, IL 60448-1287

James Murray
c/o: Ryan A. Hagerty
Asher, Gittler, Greenfield & D'Alba
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606-6942


Jason Connoly
7301 S. 86th Ave.
Justice, IL 60458-1133

Jason Tuntland
123 Tomagers Dr.
Bourbonnais, IL 60914-2129

Jason Tuntland
c/o Thomas J. Angell
Jacobs, Burns, Orlove & Hernandez
122 S. Michigan Ave., Ste. 1720
Chicago, IL 60603-6145

Kevin Paradais
8976 Herbert Ct.
Tinley Park, IL 60487-5942

Local 710 I.B.T.
4217 South Halsted
Chicago, IL 60609-2636

Mercyworks Occup. Medicine Center
Dept 77-2988
Chicago, IL 60678-0001

National Benefit Services, Inc.
300 W. Adams ST., #326
Chicago, IL 60606-5107

National Resident Agent Service, Inc
PO Box 276
Exton, PA 19341-0276

Praxair Distribution, Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

Praxair Distribution, Inc.
Dept CH 10660
Palatine, IL 60055-0001

River North Storage
1722 W. Carrol Ave.
Chicago, IL 60612-2504

Scopelitis, Garvin, Light & Hanson
10 W. Market St., #1500
Indianapolis, IN 46204-2965

SimplexGrinnell LP
Dept. CH 10320
Palatine, IL 60055-0001

Speedway SuperAmerica LLC
PO Box 750487
Cincinnati, OH 45274-0001

Stallion Transport, Inc.
4344 West 99th Place
Oak Lawn, IL 60453-3515

Tedd Joe Bryan
899 Amour Ct.
Bourbonnais, IL 60914-2033

Teddy J. Bryan
c/o: Ryan A. Hagerty
Asher, Gittler, Greenfield & D'Alba
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606-6942

Tommie Jones
6914 Oakley
Chicago, IL 60636-3114

Travelers Insurance COmpany
CL Remittance Center
Hartford, CT 06183-0001

Treas. State of IL #1320
IDOT, Rm 117
2300 S. Dirksen Pkwy
Springfield, IL 62764-0001

Walter M. Yerkes
c/o: Ryan A. Hagerty
Asher, Gittler, Greenfield & D'Alba
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606-6942

Walter Yerkes
14301 Sherman St.
Posen, IL 60469-1026

Warren Oil Co.
PO Box 40
Summit Argo, IL 60501-0040

Wright Express Corp.
PO Box 639
Portland, ME 04104-0639

Zweifel TV Hardware, Inc.
345 W. 25th Place
Chicago, IL 60616-2293

Bradley F. Aubel
Bradley F. Aubel, P.C.
P.O. Box 1171
Libertyville, Il 60048-4171

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

R Scott Alsterda
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)American Chartered Bank        (u)Popowcer Katten Ltd        (u)Broderick EEs

(u)Lois West        (u)Patrick Ross        (u)R Scott Alsterda

End of Label Matrix
Mailable recipients   84
Bypassed recipients    6
Total                 90

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>BRODERICK TEAMING COMPANY,<br><br>Debtor. | Chapter 7<br>Bankruptcy Case No. 10-11065<br><br>Judge Carol A. Doyle |

### DEBTOR'S MOTION TO COMPEL TRUSTEE TO FILE A FINAL REPORT AND MAKE A FINAL ACCOUNT TO THE COURT AND THE UNITED STATES TRUSTEE

Now comes the Debtor, BRODERICK TEAMING COMPANY ("Broderick" or "Debtor"), by its attorney, Kenneth A. Henry, and, pursuant to Section 704(a)(9) of the Bankruptcy Code, 11 U.S.C. §704(a)(9), prays for the entry of an order compelling the Trustee to file a Final Report and make a Final Account to the Court and the United States Trustee. In support thereof, Debtor states as follows:

1. Broderick filed its petition for relief under Chapter 7 of the Bankruptcy Code on March 15, 2010. Broderick has never filed an amendment to its initial petition or schedules.

2. The deadline for filing claims was September 27, 2010, and it has never been extended.

3. Accountants were retained to perform tax accounting services in this case by court order dated January 9, 2013.

4. Broderick has at all times cooperated in the administration of the Debtor's estate including providing the Trustee with all documents and information within its control as requested.

5. The "Initial Projected Date of Final Report" was "04/30/11." (See "Individual Estate Property Record and Report Dated 01/31/11", Docket Document No. 25, filed January 31, 2011).

6.     The next projected date for the Final Report was "08/31/12." (See "Individual Estate Property Record and Report Dated 01/31/12", Docket Document No. 26, filed January 31, 2012).

7.     The most recent projected date for the Final Report was "06/30/13." (See "Individual Estate Property Record and Report Dated 04/29/13", Docket Document No. 35, filed April 29, 2013).

8.     Broderick's principal, James Gliottoni, individually filed a petition for relief under Chapter 7 of the Bankruptcy Code on March 15, 2010, the same day as the filing by Broderick. Mr. Gliottoni received his discharge on July 23, 2010, although his individual case was not closed until on or about November 14, 2012.

9.     Mr. Gliottoni has advised Debtor's counsel that, as the result of the continued pendency of the instant case, he has continued to have difficulty in conducting business and, generally, in moving forward with his life.

10.    Debtor asserts that this case has been pending sufficiently long to have been fully administered, thereby allowing the case to be closed.

11.    Debtor is therefore requesting that an order be entered compelling the Trustee to file a Final Report and make a Final Account to the Court and the United States Trustee. Alternatively, Debtor requests that an order be entered setting dates certain by which time any remaining tasks that may be necessary to fully administer this estate be completed and setting dates certain by which time the Trustee shall file the Final Report and make the Final Account, thereby allowing this case to be closed.

WHEREFORE, Debtor, Broderick Teaming Company prays for the entry of an order compelling the Trustee to file a Final Report and make a Final Account to the Court and the United States Trustee by dates certain and, further, setting a date to close this case.

Respectfully submitted,

BRODERICK TEAMING COMPANY,
Debtor.

*/s/Kenneth A. Henry*
Kenneth A. Henry, Debtor's attorney


Kenneth A. Henry, Esq. (ARDC No. 1193457)
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
Tel: 312.857.0100/Fax: 312.857.1157
khenry@kahlaw.com