UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
BRODERICK TEAMING COMPANY § Case No. 10-11065
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
     . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ \_\_\_\_\_ as interim compensation and now requests a sum of $ \_\_\_\_\_, for a total compensation of $ \_\_\_\_\_ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ \_\_\_\_\_, and now requests reimbursement for expenses of $ \_\_\_\_\_, for total expenses of $ \_\_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

Case No: 10-11065 CAD Judge: CAROL A. DOYLE  
Case Name: BRODERICK TEAMING COMPANY  

Trustee Name: R. SCOTT ALSTERDA, TRUSTEE  
Date Filed (f) or Converted (c): 03/15/10 (f)  
341(a) Meeting Date: 04/29/10  

For Period Ending: 11/25/13  

Claims Bar Date: 09/27/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. American Chartered Bank account nos. ending 1813 a | 0.00 | 0.00 | | 0.00 | FA |
| 2. First United Bank account no. ending 2941 | 0.00 | 0.00 | | 0.00 | FA |
| 3. 12. Broderick Teaming Company 401k and Profit Sha | 0.00 | 0.00 | | 0.00 | FA |
| 4. Accounts Receivable | 73,966.66 | 39,307.80 | | 39,307.80 | FA |
| 5. Debtor Product or Service | 0.00 | Unknown | | 0.00 | FA |
| 6. Vehicles | 0.00 | Unknown | | 0.00 | FA |
| 7. Office Equipment | 0.00 | Unknown | | 0.00 | FA |
| 8. Machinery and Supplies | 0.00 | Unknown | | 0.00 | FA |
| 9. Inventory | 0.00 | 750.00 | | 750.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | 13.29 | | 13.29 | FA |
| 11. INSURANCE POLICIES (u) | 3.04 | 3.04 | | 3.04 | FA |
| 12. CONTINGENT CLAIMS (u) International Fuel Tax Agreement Refund | 0.00 | 32.99 | | 32.99 | FA |

TOTALS (Excluding Unknown Values) $73,969.70 $40,107.12 $40,107.12

Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report, Claims Review, Fee Applications, Distribution and Final Account.

Initial Projected Date of Final Report (TFR): 04/30/11      Current Projected Date of Final Report (TFR): 12/06/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-11065 -CAD | | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | BRODERICK TEAMING COMPANY | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9743 Checking Account |
| Taxpayer ID No: | *******1870 | | | |
| For Period Ending: | 11/25/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 39,496.75 | | 39,496.75 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.35 | 39,472.40 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.15 | 39,447.25 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.32 | 39,422.93 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.11 | 39,397.82 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.57 | 39,339.25 |
| 03/07/13 | 030001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | | 2300-000 | | 31.41 | 39,307.84 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.83 | 39,255.01 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.38 | 39,196.63 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.39 | 39,140.24 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.19 | 39,082.05 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.23 | 39,025.82 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.02 | 38,967.80 |
| 08/19/13 | 030002 | Illinois Department of Revenue PO Box 19053 Springfield, IL 62794-9053 | 36-0841870 IL-1120 (2011) | 2820-000 | | 60.00 | 38,907.80 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

PFORM24

Ver: 17.04

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 10-11065 -CAD | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | BRODERICK TEAMING COMPANY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9054 BofA - Money Market Account |
| Taxpayer ID No: | *******1870 | | |
| For Period Ending: | 11/25/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/23/10 | 4 | Broderick Logistics Company<br>1407 W. Pershing Road<br>Chicago, IL 60609 | Receivable Owed | 1121-000 | 35,464.50 | | 35,464.50 |
| 06/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 35,464.59 |
| 07/08/10 | 4 | James McHugh Construction<br>1737 S. Michigan Ave.<br>Chicago, IL 60616-1211 | Receivable Owed | 1121-000 | 1,558.70 | | 37,023.29 |
| 07/12/10 | 4 | Rausch Construction Company<br>2717 S. 13th Avenue<br>Broadview, IL 60155 | Receivable Owed | 1121-000 | 25.00 | | 37,048.29 |
| 07/12/10 | 11 | Northwestern Mutual<br>720 East Wisconsin Avenue<br>Milwaukee, WI 53202-4797 | Insurance Premium Refund | 1290-000 | 3.04 | | 37,051.33 |
| 07/12/10 | 4, 11 | The Horton Group<br>Premium Trust Fund Account<br>10320 Orland Parkway<br>Orland Park, IL 60467 | Insurance Premium Refund | 1290-000 | 20.00 | | 37,071.33 |
| 07/12/10 | 12 | Illinois Department of Revenue<br>Springfield, Illinois | REFUND CHECK FUEL TAX | 1290-000 | 32.99 | | 37,104.32 |
| 07/19/10 | 4 | ThyssenKrupp Elevator<br>114 Townpark Drive NW, Suite 300<br>Kennesaw, GA 30144 | Receivable Owed | 1121-000 | 2,239.60 | | 39,343.92 |
| 07/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.95 | | 39,344.87 |
| 08/31/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.00 | | 39,345.87 |
| 09/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 39,346.84 |
| 10/29/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.00 | | 39,347.84 |
| 11/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 39,348.81 |
| 12/31/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.00 | | 39,349.81 |
| 01/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.00 | | 39,350.81 |
| 02/07/11 | 000301 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 31.49 | 39,319.32 |
| 02/28/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 39,319.62 |
| 03/01/11 | 9 | Vanek Inc 05-10<br>3920 S Loomis<br>Chicago, IL 60609-2401 | Inventory | 1129-000 | 750.00 | | 40,069.62 |
| 03/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,069.96 |
| 04/29/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 40,070.29 |
| 05/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,070.63 |
| 06/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 40,070.96 |
| 07/29/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,071.30 |
| 08/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,071.64 |
| 09/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 40,071.97 |
| 10/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,072.31 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 51.05 | 40,021.26 |
| 11/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 40,021.59 |

**FORM 2**      Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-11065 -CAD | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | BRODERICK TEAMING COMPANY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9054  BofA - Money Market Account |
| Taxpayer ID No: | *******1870 | | |
| For Period Ending: | 11/25/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.34 | 39,972.25 |
| 12/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,972.59 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.28 | 39,923.31 |
| 01/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,923.65 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 52.36 | 39,871.29 |
| 02/29/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 39,871.61 |
| 02/29/12 | 000302 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 31.94 | 39,839.67 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 47.39 | 39,792.28 |
| 03/30/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,792.62 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 48.93 | 39,743.69 |
| 04/30/12 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.33 | | 39,744.02 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.49 | 39,693.53 |
| 05/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,693.87 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.43 | 39,643.44 |
| 06/29/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 39,643.76 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 47.12 | 39,596.64 |
| 07/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,596.98 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 51.93 | 39,545.05 |
| 08/31/12 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.32 | | 39,545.37 |
| 08/31/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 48.62 | 39,496.75 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 39,496.75 | 0.00 |

**Total Of All Accounts**     **38,907.80**

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 25, 2013 |
|---|---|---|---|---|---|---|

Case Number: 10-11065  
Debtor Name: BRODERICK TEAMING COMPANY  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $9,803.00 | $0.00 | $9,803.00 |
| 001<br>3120-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $211.15 | $0.00 | $211.15 |
| 001<br>3310-00 | Popowcer Katten, Ltd.<br>c/o Lois West<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $2,280.00 | $0.00 | $2,280.00 |
| 001<br>3320-00 | Popowcer Katten, Ltd.<br>c/o Lois West<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $0.00 | $0.00 |
| 999<br>2820-00 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, IL 62794-9053 | Administrative | | $60.00 | $60.00 | $0.00 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | | $94.84 | $94.84 | $0.00 |
| 000001B<br>040<br>5300-00 | Walter M. Yerkes<br>c/o: Ryan A. Hagerty<br>Asher, Gittler, Greenfield & D'Alba, Ltd<br>200 W. Jackson Blvd., Suite 1900<br>Chicago, IL 60606 | Priority | | $9,060.15 | $0.00 | $9,060.15 |
| 000002B<br>040<br>5300-00 | Grover J. Weiss<br>c/o: Ryan A. Hagerty<br>Asher, Gittler, Greenfield & D'Alba, Ltd<br>200 W. Jackson Blvd., Suite 1900<br>Chicago, IL 60606 | Priority | | $6,685.00 | $0.00 | $6,685.00 |
| 000003B<br>040<br>5300-00 | James Murray<br>c/o: Ryan A. Hagerty<br>Asher, Gittler, Greenfield & D'Alba, Ltd<br>200 W. Jackson Blvd., Suite 1900<br>Chicago, IL 60606 | Priority | | $1,606.00 | $0.00 | $1,606.00 |
| 000004<br>040<br>5300-00 | Teddy J. Bryan<br>c/o Ryan A. Hagerty<br>Asher, Gittler, Greenfield & D'Alba, Ltd<br>200 W. Jackson Blvd., Suite 1900<br>Chicago, IL 60606 | Priority | | $1,985.15 | $0.00 | $1,985.15 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 25, 2013 |
|---|---|---|---|---|---|---|

Case Number: 10-11065  
Debtor Name: BRODERICK TEAMING COMPANY  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000005<br>040<br>5300-00 | Donald Jahnke<br>c/o Ryan A. Hagerty<br>Asher, Gittler, Greenfield & D'Alba, Ltd<br>200 W. Jackson Blvd., Suite 1900<br>Chicago, IL 60606 | Priority | | $1,933.30 | $0.00 | $1,933.30 |
| 000013<br>040<br>5300-00 | Harry Hullinger<br>509 Parseghian Place<br>Manteno, IL 60950 | Priority | | $2,566.50 | $0.00 | $2,566.50 |
| 000014<br>040<br>5300-00 | Anthony Tiberi<br>Dan Shalloo<br>8455 S Latrobe<br>Burbank, IL 60459 | Priority | | $1,894.00 | $0.00 | $1,894.00 |
| 000015<br>040<br>5300-00 | Kevin Paradais<br>8976 Herbert Ct.<br>Tinley Park, IL 60487 | Priority | | $900.00 | $0.00 | $900.00 |
| 000016<br>040<br>5300-00 | Dan Shalloo<br>8455 S Latrobe<br>Burbank, IL 60459 | Priority | | $1,894.00 | $0.00 | $1,894.00 |
| 000022<br>041<br>5400-00 | Chicago Truck Drivers Pension Fund<br>c/o Thomas J. Angell<br>Jacobs, Burns, Orlove & Hernandez<br>122 S. Michigan Ave., Ste 1720<br>Chicago, IL 60603 | Priority | | $7,115.98 | $0.00 | $7,115.98 |
| 000023<br>041<br>5400-00 | Chicago Truck Drivers Health & Welfare Fund<br>c/o Thomas J. Angell<br>Jacobs, Burns, Orlove & Hernandez<br>122 S. Michigan Ave., Ste 1720<br>Chicago, IL 60603 | Priority | | $8,536.88 | $0.00 | $8,536.88 |
| 000024<br>040<br>5300-00 | James Gliottoni<br>6449 W. Birch Ct.<br>Monee, IL 60449 | Priority | | $7,200.00 | $0.00 | $7,200.00 |
| 000026A<br>040<br>5300-00 | Jason Tuntland<br>c/o Thomas J. Angell<br>Jacobs, Burns, Orlove & Hernandez<br>122 S. Michigan Ave., Ste. 1720<br>Chicago, IL 60603 | Priority | | $4,000.00 | $0.00 | $4,000.00 |
| 000027A<br>040<br>5300-00 | I. C. Morrow<br>c/o Thomas J. Angell<br>Jacobs, Burns, Orlove & Hernandez<br>122 S. Michigan Ave., Ste. 1720<br>Chicago, IL 60603 | Priority | | $5,000.00 | $0.00 | $5,000.00 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: November 25, 2013 |

Case Number:  10-11065
Debtor Name:  BRODERICK TEAMING COMPANY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001A 070 7100-00 | Walter M. Yerkes c/o Ryan A. Hagerty Asher, Gittler, Greenfield & D'Alba, Ltd 200 W. Jackson Blvd., Suite 1900 Chicago, IL 60606 | Unsecured | | $970.00 | $0.00 | $970.00 |
| 000002A 070 7100-00 | Grover J. Weiss c/o Ryan A. Hagerty Asher, Gittler, Greenfield & D'Alba, Ltd 200 W. Jackson Blvd., Suite 1900 Chicago, IL 60606 | Unsecured | | $184.00 | $0.00 | $184.00 |
| 000003A 070 7100-00 | James Murray c/o Ryan A. Hagerty Asher, Gittler, Greenfield & D'Alba, Ltd 200 W. Jackson Blvd., Suite 1900 Chicago, IL 60606 | Unsecured | | $3.80 | $0.00 | $3.80 |
| 000006 070 7100-00 | American Chartered Bank c/o Hauselman, Ralph & Olswang Ltd 39 S. Lasalle St Ste 1105 Chicago, IL 60603 | Unsecured | | $99,350.07 | $0.00 | $99,350.07 |
| 000007 070 7100-00 | American Chartered Bank c/o Hauselman, Ralph & Olswang Ltd 39 S. Lasalle St Ste 1105 Chicago, IL 60603 | Unsecured | | $106,357.78 | $0.00 | $106,357.78 |
| 000008 070 7100-00 | D & H Truck Parts, Inc. 3021 S. Archer Ave. Chicago, IL 60608-5512 | Unsecured | | $255.26 | $0.00 | $255.26 |
| 000009 070 7100-00 | Warren Oil Co. PO Box 40 Summit Argo, IL 60501 | Unsecured | | $11,454.99 | $0.00 | $11,454.99 |
| 000010 070 7100-00 | Guardian Pest Control 3045 W. 45th Ave. Highland, IN 46322 | Unsecured | | $156.00 | $0.00 | $156.00 |
| 000011 070 7100-00 | Advanta Bank Corp. in receivership of FDIC c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $8,455.82 | $0.00 | $8,455.82 |
| 000012 070 7100-00 | Chase Bank USA NA P.O. BOX 15145 Wilmington DE 19850-5145 | Unsecured | | $38,645.95 | $0.00 | $38,645.95 |
| 000017-1 070 7100-00 | Praxair Distribution, Inc c/o RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, Maryland 21094 | Unsecured | | $899.87 | $0.00 | $899.87 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 4 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: November 25, 2013 |

Case Number:   10-11065
Debtor Name:   BRODERICK TEAMING COMPANY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000017-2 070 7100-00 | Praxair Distribution, Inc c/o RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, Maryland 21094 | Unsecured | | $1,800.00 | $0.00 | $1,800.00 |
| 000017-3 070 7100-00 | Praxair Distribution, Inc c/o RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, Maryland 21094 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000017-4 070 7100-00 | Praxair Distribution, Inc c/o RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, Maryland 21094 | Unsecured | | $2,699.87 | $0.00 | $2,699.87 |
| 000018 070 7100-00 | Wright Express Corp. PO Box 639 Portland, ME 04103 | Unsecured | | $9,639.36 | $0.00 | $9,639.36 |
| 000019 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $2,780.51 | $0.00 | $2,780.51 |
| 000020 070 7100-00 | Barnes Distribution Dept CH 14079 Palatine, IL 60055-4079 | Unsecured | | $227.23 | $0.00 | $227.23 |
| 000021 070 7100-00 | Chicago Truck Drivers Pension Fund c/o Thomas J. Angell Jacobs, Burns, Orlove & Hernandez 122 S. Michigan Ave., Ste 1720 Chicago, IL 60603 | Unsecured | | $947,150.30 | $0.00 | $947,150.30 |
| 000025 070 7100-00 | C & J Holdings Illinois Inc. 20 N. Wacker Drive St. 1839 Chicago, IL 60606 | Unsecured | | $118,500.00 | $0.00 | $118,500.00 |
| 000026B 070 7100-00 | Jason Tuntland c/o Thomas J. Angell Jacobs, Burns, Orlove & Hernandez 122 S. Michigan Ave., Ste. 1720 Chicago, IL 60603 | Unsecured | | $4,000.00 | $0.00 | $4,000.00 |
| 000027B 070 7100-00 | I. C. Morrow c/o Thomas J. Angell Jacobs, Burns, Orlove & Hernandez 122 S. Michigan Ave., Ste. 1720 Chicago, IL 60603 | Unsecured | | $5,000.00 | $0.00 | $5,000.00 |
| 000028 070 7100-00 | C & J Holdings Illinois LLC 20 N. Wacker Dr., Suite 1839 Chicacgo, IL 60606 | Unsecured | | $118,500.00 | $0.00 | $118,500.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 5 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 25, 2013 |

Case Number:  10-11065
Debtor Name:   BRODERICK TEAMING COMPANY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $1,549,856.76 | $154.84 | $1,549,701.92 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-11065
Case Name: BRODERICK TEAMING COMPANY
Trustee Name: R. SCOTT ALSTERDA, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ | $ | $ |
| Trustee Expenses: R. SCOTT ALSTERDA, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Walter M. Yerkes | $ | $ | $ |
| 000002B | Grover J. Weiss | $ | $ | $ |
| 000003B | James Murray | $ | $ | $ |
| 000004 | Teddy J. Bryan | $ | $ | $ |
| 000005 | Donald Jahnke | $ | $ | $ |
| 000013 | Harry Hullinger | $ | $ | $ |
| 000014 | Anthony Tiberi | $ | $ | $ |
| 000015 | Kevin Paradais | $ | $ | $ |
| 000016 | Dan Shalloo | $ | $ | $ |
| 000022 | Chicago Truck Drivers Pension Fund | $ | $ | $ |
| 000023 | Chicago Truck Drivers Health & Welfare Fund | $ | $ | $ |
| 000024 | James Gliottoni | $ | $ | $ |
| 000026A | Jason Tuntland | $ | $ | $ |
| 000027A | I. C. Morrow | $ | $ | $ |

Total to be paid to priority creditors                                              $_____

Remaining Balance                                                                   $_____

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001A | Walter M. Yerkes | $ | $ | $ |
| 000002A | Grover J. Weiss | $ | $ | $ |
| 000003A | James Murray | $ | $ | $ |
| 000006 | American Chartered Bank | $ | $ | $ |
| 000007 | American Chartered Bank | $ | $ | $ |
| 000008 | D & H Truck Parts, Inc. | $ | $ | $ |
| 000009 | Warren Oil Co. | $ | $ | $ |
| 000010 | Guardian Pest Control | $ | $ | $ |
| 000011 | Advanta Bank Corp. in receivership of | $ | $ | $ |
| 000012 | Chase Bank USA NA | $ | $ | $ |
| 000017-2 | Praxair Distribution, Inc | $ | $ | $ |
| 000018 | Wright Express Corp. | $ | $ | $ |
| 000019 | American Express Bank, FSB | $ | $ | $ |
| 000020 | Barnes Distribution | $ | $ | $ |
| 000021 | Chicago Truck Drivers Pension Fund | $ | $ | $ |
| 000025 | C & J Holdings Illinois Inc. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000026B | Jason Tuntland | $ | $ | $ |
| 000027B | I. C. Morrow | $ | $ | $ |
| 000028 | C & J Holdings Illinois LLC | $ | $ | $ |
| 000017-4 | Praxair Distribution, Inc | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                                                $_____


Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*