**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re                                          )
                                               )
                                               )          Bankruptcy No. _____
                                               )
                             Debtor.           )          Chapter          _____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From      _____, _____      through _____, _____

Amount of Fees Sought:      $_____

Amount of Expense Reimbursement Sought:      $_____

This is an:          Interim Application _____          Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated: _____          _____
                                                                                      (Counsel)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BRODERICK TEAMING COMPANY, | ) | Case No. 10-11065 |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | |
| | ) | Hearing Date:  January 8, 2014 |
| | ) | Hearing Time:  10:30 a.m. |

**NOTICE OF MOTION FOR TRUSTEE'S FIRST AND
FINAL APPLICATION FOR COMPENSATION AND EXPENSES**

PLEASE TAKE NOTICE THAT on Wednesday**, January 8, 2014 at 10:30 a.m.**, I shall appear before the Honorable Carol A. Doyle Courtroom 742, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any Bankruptcy Judge who may be sitting in her place, and shall present the **Trustee's First and Final Application for Compensation and Expenses**, a copy of which is attached and served on you.

Dated: December 5, 2013                    UNGARETTI & HARRIS

                                        */s/ R. Scott Alsterda*

Of Counsel:
R. Scott Alsterda (ARDC No. 3126771)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone:  312.977.9203
Facsimile:  312.977.4405

**CERTIFICATE OF SERVICE**

I, R. Scott Alsterda, an attorney, certifies that pursuant to Local Rule 9013-1(D) the above **Notice of Motion** and **Trustee's First and Final Application for Compensation and Expenses** was filed on December 5, 2013, and served on all parties identified below as Registrants through the Court's Electronic Notice for Registrants on December 5, 2013.

| | |
|---|---|
| R Scott Alsterda | rsalsterda@uhlaw.com, ralsterda@ecf.epiqsystems.com |
| Kenneth A. Henry | khenry@kahlaw.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

                                        */s/ R. Scott Alsterda*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BRODERICK TEAMING COMPANY, | ) | Case No. 10-11065 |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | |
| | ) | |
| | ) | |

**TRUSTEE'S FIRST AND FINAL APPLICATION
FOR COMPENSATION AND EXPENSES**

NOW COMES R. SCOTT ALSTERDA, Trustee herein, pursuant to 11 U.S.C. §330, and requests the allowance and payment of $4,760.71 as compensation and payment of $40.81 for expenses, no amount of which has previously been paid.

**I.      COMPUTATION OF COMPENSATION**

The Trustee performed at least 23.30 hours of services on behalf of the estate for the period from March 17, 2010 through September 26, 2013 with a value of $11,836.50 exclusive of the additional time spent by the Trustee in reviewing monthly bank statements, preparing and filing the Trustee's Final Report and this Application, attending the hearing on the Trustee's Fee Application and Final Report, issuing the distribution checks and preparing and filing the Trustee's Final Account. The value of the actual time spent by the Trustee in this case exceeds the amount which the Trustee can be awarded pursuant to 11 USC § 326.  A detailed description of the tasks performed by the Trustee is attached hereto as Exhibit "A" and a copy of the Trustee's detailed time records for this case from March 17, 2010 through September 26, 2013 is attached hereto as Exhibit "B."

Total disbursements to parties in interest, excluding the Debtor, but including holders of

secured claims are $40,107.12.  Pursuant to 11 U.S.C. §326, compensation should be computed

as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | 3,510.71 | ($4,500.00 max.) |
| 05% of next $950,000.00 | 0.00 | ($47,500.00 max.) |
| 03% of balance | 0.00 | |
| **TOTAL COMPENSATION** | **$4,760.71** | |

## II.    TRUSTEE'S EXPENSES

| | |
|---|---|
| Postage | 14.71 |
| Long Distance Telephone | 1.10 |
| Copying (250 pages @ .10 cents pp) | 25.00 |
| **TOTAL EXPENSES** | **$ 40.81** |

The undersigned certifies under penalty of perjury that no agreement or understanding

exists between the undersigned and any other person for sharing of compensation prohibited by

the Bankruptcy Code. No payments have previously been made or promised in any capacity in

connection with the above case.

DATE:  December 5, 2013                    Respectfully Submitted

                                           R. SCOTT ALSTERDA, TRUSTEE

                                           /s/ R. Scott Alsterda

R. SCOTT ALSTERDA, Trustee
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON AVENUE
CHICAGO, IL  60602-4283
312-977-9203
312-977-4405 (Fax)
rsalsterda@uhlaw.com

2