# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re                                             )

                                             )

                                           )     Bankruptcy No. _____

                                           )

                        Debtor.     )     Chapter      _____

### COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____    through _____, _____

Amount of Fees Sought:    $_____

Amount of Expense Reimbursement Sought:    $_____

This is an:        Interim Application _____         Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated: _____       _____

                                                                     (Counsel)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BRODERICK TEAMING COMPANY, | ) | Case No. 10-11065 |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | |
| | ) | Hearing Date:  January 8, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**NOTICE OF MOTION FOR FIRST AND FINAL APPLICATION OF TRUSTEE'S
COUNSEL FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE THAT on Wednesday**, January 8, 2014 at 10:30 a.m.**, I shall appear before the Honorable Carol A. Doyle Courtroom 742, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any Bankruptcy Judge who may be sitting in her place, and shall present the **First and Final Application for Trustee's Counsel for Compensation and Reimbursement of Expenses**, a copy of which is attached and served on you.

Dated: December 5, 2013                    UNGARETTI & HARRIS


                                           */s/ R. Scott Alsterda*

Of Counsel:
R. Scott Alsterda (ARDC No. 3126771)
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone:  312.977.9203
Facsimile:  312.977.4405

**CERTIFICATE OF SERVICE**

I, R. Scott Alsterda, an attorney, certifies that pursuant to Local Rule 9013-1(D) the above **Notice of Motion** and **First and Final Application for Trustee's Counsel for Compensation and Reimbursement of Expenses** was filed on December 5, 2013, and served on all parties identified below as Registrants through the Court's Electronic Notice for Registrants on December 5, 2013.

| | |
|---|---|
| R Scott Alsterda | rsalsterda@uhlaw.com, ralsterda@ecf.epiqsystems.com |
| Kenneth A. Henry | khenry@kahlaw.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |


                                           */s/ R. Scott Alsterda*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BRODERICK TEAMING COMPANY, | ) | Case No. 10-11065 |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | |
| | ) | |
| | ) | |

**FIRST AND FINAL APPLICATION OF TRUSTEE'S COUNSEL
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

R. SCOTT ALSTERDA and UNGARETTI & HARRIS LLP (collectively "U&H"), counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this first and final application for compensation and reimbursement of expenses and represents to the Court as follows:

1.      Broderick Teaming Company (the "Debtor") filed its voluntary petition under Chapter 7 on March 15, 2010.

2.      R. Scott Alsterda (the "Trustee") was appointed as the Trustee for the Debtor's estate.  The Trustee filed his Initial Report of Assets on June 24, 2010.

3.      On August 10, 2010, an order was entered approving the employment of U&H as counsel for the Trustee.  A copy of the August 10, 2010 Order approving the employment of Ungaretti & Harris LLP as counsel for Trustee is attached hereto as Exhibit "A."

4.      U&H is requesting the allowance and payment of $9,803.00, in compensation for 26.40 hours of services performed during the period from April 2, 2010 through August 23, 2013.

5.      A description of the nature of the services rendered and the major activities undertaken by U&H on behalf of the Trustee in this case are as follows:

6.      <u>Employment of Bankruptcy Counsel</u>.  U&H provided 3.20 hours of services to the Trustee with a value of $781.00 in connection with the Trustee's motion to employ U&H as his bankruptcy counsel.  The services included drafting the motion, the declaration and the proposed order.  U&H also prepared a supplemental declaration for the Trustee.

7.      <u>Sale of Assets</u>. U&H provided 8.30 hours of services to the Trustee with a value of $2,241.50 in connection with the Trustee's sale of the Debtor's equipment, parts, and inventory.  These services included numerous conferences and correspondence with the Trustee and Buyer regarding the terms of the sale.  U&H also drafted the sale documents and the notice, motion, and order approving the sale, and appeared for the hearing on the sale on October 12, 2010.  Following court approval of the sale, U&H assisted the Trustee in closing the sale which involved several communications with the Buyer in order to obtain signed documents and the sale proceeds.

8.      <u>Secured Claims</u>.  U&H provided 7.80 hours of services to the Trustee with a value of $3,490.00 related to secured claims.   These services included a review of the secured creditors' motion to modify the stay and court appearances for hearings on the motion.  U&H also assisted the Trustee in analyzing the validity, priority and extent of the secured creditor's lien claims.  Trustee's counsel requested and reviewed the Debtor's loan documents, loan history and the Debtor's financial statements in connection with the secured creditor's pre-petition collection actions and the Trustee's investigation of potential avoidance claims against the secured creditor.

9.      <u>Collection Letters</u>.  U&H provided 1.30 hours of services to the Trustee with a value of $643.50 in connection with the Trustee's efforts to recover sums allegedly owed to the Debtor.  U&H requested and reviewed account debtor documentation from the Debtor's counsel and prepared demand letters which were sent to the customers.

10.      <u>Wage and Tax Claims</u>.  U&H provided 2.60 hours of services to the Trustee with a value of $1,339.00 related to the Trustee's review of various priority wage and related withholding tax claims for the Debtor's former employees.  The services included reviewing the priority status of numerous wage claims and telephone conferences with counsel for labor unions representing the Debtor's former employees to verify dates of employment and compensation rates.

11.      <u>Unfair Labor Practices and Pension Issues</u>.  U&H provided .60 hours of services to the Trustee with a value of $299.00 in connection with certain pre-petition unfair labor practices.  These services included telephone conferences with the Debtor's counsel and the labor union's counsel regarding the nature of the charges and the automatic stay.

12.      <u>Employment of Accountant</u>.  U&H provided 2.30 hours of services to the Trustee with a value of $854.50 related to the Trustee's engagement of a tax accountant to prepare and file tax returns.  The services included drafting the notice, application, declaration and proposed order for the Trustee's employment of Lois West for the preparation of tax returns.

13.      <u>Case Administration</u>.  U&H provided .30 hours of services to the Trustee with a value of $154.50 related to the Trustee's administration of the bankruptcy estate.  These services included a telephone conference with Debtor's counsel regarding closing the case and correspondence to Praxair's representative to file an amended claim.

14.    <u>Summary of Services</u>.    The services provided to the Trustee by U&H are summarized as follows:

| CATEGORY | HOURS | VALUE |
|---|---|---|
| Employment of Bankruptcy Counsel | 3.20 | $781.00 |
| Sale of Assets | 8.30 | 2,241.50 |
| Secured Claims | 7.80 | 3,490.00 |
| Collection Letters | 1.30 | $643.50 |
| Wage and Tax Claims | 2.60 | 1,339.00 |
| Unfair Labor Practices and Pension Issues | 0.60 | 299.00 |
| Employment of Accountant | 2.30 | 854.50 |
| Case Administration | 0.30 | 154.50 |
| **TOTALS** | **26.40** | **$9,803.00** |

15.    Attached as Exhibit "B" is an itemized statement of the legal services rendered by U&H in chronological order.    The statement reflects the legal services rendered, the time expended, the value of the services, and a description of the work performed.

16.    The time expended and services rendered by the individual U&H attorneys are summarized as follows:

| Attorney | Hours | Blended Hourly Rate | Total |
|---|---|---|---|
| R. Scott Alsterda | 13.20 | $504.39 | 6,658.00 |
| Patrick F. Ross | 13.20 | $238.26 | 3,145.00 |
| TOTAL | **26.40** | | **$9,803.00** |

17.    Exhibit "B" also includes an itemized statement of the actual expenses incurred by U&H in connection with its representation of the Trustee.    These expenses include postage ($94.45) and copying at 10 cents per page ($116.70) for a total amount of $211.15.

18.    Based on the nature, extent and value of services performed by U&H, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

19.     At all times during U&H's representation of the Trustee, U&H was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which U&H was employed.

WHEREFORE, U&H requests that it be awarded reasonable compensation in the amount of $9,803.00 for legal services rendered in this case and reimbursement of actual and necessary expenses in the amount of $211.15.

DATE:  December 5, 2013                          Respectfully Submitted

                                                UNGARETTI & HARRIS LLP

                                                 /s/ R. Scott Alsterda

Of Counsel:
R. SCOTT ALSTERDA (ARDC 3126771)
UNGARETTI & HARRIS, LLP
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON AVENUE
CHICAGO, IL  60602-4283
312-977-9203; 312-977-4405 (Fax)
rsalsterda@uhlaw.com