**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re                                    )
                                         )
                                         )        Bankruptcy No. _____
                                         )
                        Debtor.          )        Chapter         _____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:    $_____

Amount of Expense Reimbursement Sought:    $_____

This is an:       Interim Application _____          Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated: _____        _____
                                                                              (Counsel)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BRODERICK TEAMING COMPANY, | ) | Case No. 10-11065 |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | |
| | ) | Hearing Date: January 8, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

### NOTICE OF MOTION FOR FIRST AND FINAL APPLICATION OF TRUSTEE'S ACCOUNTANT FOR COMPENSATION

PLEASE TAKE NOTICE THAT on Wednesday**, January 8, 2014 at 10:30 a.m.**, I shall appear before the Honorable Carol A. Doyle Courtroom 742, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any Bankruptcy Judge who may be sitting in her place, and shall present the **First and Final Application for Trustee's Accountant for Compensation and Reimbursement of Expenses**, a copy of which is attached and served on you.

Dated: December 5, 2013                    UNGARETTI & HARRIS

                                           */s/ R. Scott Alsterda*

Of Counsel:
R. Scott Alsterda (ARDC No. 3126771)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone: 312.977.9203
Facsimile: 312.977.4405

### CERTIFICATE OF SERVICE

I, R. Scott Alsterda, an attorney, certifies that pursuant to Local Rule 9013-1(D) the above **Notice of Motion** and **First and Final Application for Trustee's Accountant for Compensation** was filed on December 5, 2013, and served on all parties identified below as Registrants through the Court's Electronic Notice for Registrants on December 5, 2013.

R Scott Alsterda       rsalsterda@uhlaw.com, ralsterda@ecf.epiqsystems.com
Kenneth A. Henry       khenry@kahlaw.com
Patrick S Layng        USTPRegion11.ES.ECF@usdoj.gov

                                           */s/ R. Scott Alsterda*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BRODERICK TEAMING COMPANY, | ) | Case No. 10-11065 |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | |
| | ) | |

**FIRST AND FINAL APPLICATION OF**
**TRUSTEE'S ACCOUNTANT FOR COMPENSATION**

LOIS WEST and POPOWCER KATTEN, LTD. ("Popowcer"), accountant for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this first and final application for compensation and represents to the Court as follows:

1. Broderick Teaming Company (the "Debtor") filed its voluntary petition under Chapter 7 on March 15, 2010.

2. R. Scott Alsterda (the "Trustee") was appointed as the Trustee for the Debtor's estate. The Trustee filed his Initial Report of Assets on June 24, 2010.

3. On January 9, 2013, an order was entered approving the employment of Popowcer as accountant for the Trustee. A copy of the January 9, 2013 Order approving the employment of Popowcer Katten, Ltd. as accountant for Trustee is attached hereto as Exhibit "A."

4. Popowcer is requesting the allowance and payment of $2,280.00, in compensation for 9.5 hours of services performed during the period from March 9, 2013 through October 4, 2013.

5. A description of the nature of the services rendered and the major activities undertaken by Popowcer on behalf of the Trustee in this case are as follows:

6.      <u>Tax Preparation</u>.  Popowcer provided 9.5 hours of services to the Trustee with a value of $2,280.00 in connection preparing tax documents for the years ending December 31, 2010, December 31, 2011, and December 31, 2012.

7.      Attached as Exhibit "B" is an itemized statement of the accounting services rendered by Popowcer in chronological order.  The statement reflects the accounting services rendered, the time expended, the value of the services, and a description of the work performed.

8.      Based on the nature, extent and value of services performed by Popowcer, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

9.      At all times during Popowcer representation of the Trustee, Popowcer was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Popowcer was employed.

WHEREFORE, Popowcer requests that it be awarded reasonable compensation in the amount of $2,280.00 for accounting services rendered in this case.

DATE:  December 5, 2013                    Respectfully Submitted

                                           POPOWCER KATTEN, LTD.


                                           _____
                                                       Lois West

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL 60601-2124
312-301-6450

2