# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRODERICK TEAMING COMPANY | § | Case No. 10-11065 CAD |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/08/2014 in Courtroom 742,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: See attached Certificate of Notice

*R. SCOTT ALSTERDA, TRUSTEE*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRODERICK TEAMING COMPANY | § | Case No. 10-11065 CAD |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ | $ | $ |
| Trustee Expenses: R. SCOTT ALSTERDA, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance          $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Walter M. Yerkes | $ | $ | $ |
| 000002B | Grover J. Weiss | $ | $ | $ |
| 000003B | James Murray | $ | $ | $ |
| 000004 | Teddy J. Bryan | $ | $ | $ |
| 000005 | Donald Jahnke | $ | $ | $ |
| 000013 | Harry Hullinger | $ | $ | $ |
| 000014 | Anthony Tiberi | $ | $ | $ |
| 000015 | Kevin Paradais | $ | $ | $ |
| 000016 | Dan Shalloo | $ | $ | $ |
| 000022 | Chicago Truck Drivers Pension Fund | $ | $ | $ |
| 000023 | Chicago Truck Drivers Health & Welfare Fund | $ | $ | $ |
| 000024 | James Gliottoni | $ | $ | $ |
| 000026A | Jason Tuntland | $ | $ | $ |
| 000027A | I. C. Morrow | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance          $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Walter M. Yerkes | $ | $ | $ |
| 000002A | Grover J. Weiss | $ | $ | $ |
| 000003A | James Murray | $ | $ | $ |
| 000006 | American Chartered Bank | $ | $ | $ |
| 000007 | American Chartered Bank | $ | $ | $ |
| 000008 | D & H Truck Parts, Inc. | $ | $ | $ |
| 000009 | Warren Oil Co. | $ | $ | $ |
| 000010 | Guardian Pest Control | $ | $ | $ |
| 000011 | Advanta Bank Corp. in receivership of | $ | $ | $ |
| 000012 | Chase Bank USA NA | $ | $ | $ |
| 000017-2 | Praxair Distribution, Inc | $ | $ | $ |
| 000018 | Wright Express Corp. | $ | $ | $ |
| 000019 | American Express Bank, FSB | $ | $ | $ |
| 000020 | Barnes Distribution | $ | $ | $ |
| 000021 | Chicago Truck Drivers Pension Fund | $ | $ | $ |
| 000025 | C & J Holdings Illinois Inc. | $ | $ | $ |
| 000026B | Jason Tuntland | $ | $ | $ |
| 000027B | I. C. Morrow | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000028 | C & J Holdings Illinois LLC | $ | $ | $ |
| 000017-4 | Praxair Distribution, Inc | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____


Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE _____

*R. SCOTT ALSTERDA, TRUSTEE*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.