# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
BRODERICK TEAMING COMPANY § Case No. 10-11065 CAD
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/08/2014 in Courtroom 742,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: See attached Certificate of Notice

*R. SCOTT ALSTERDA, TRUSTEE*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
  §
BRODERICK TEAMING COMPANY  §   Case No. 10-11065 CAD
  §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 40,107.12 |
| and approved disbursements of | $ | 1,199.32 |
| leaving a balance on hand of[1] | $ | 38,907.80 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 4,760.71 | $ 0.00 | $ 4,760.71 |
| Trustee Expenses: R. SCOTT ALSTERDA, TRUSTEE | $ 40.81 | $ 0.00 | $ 40.81 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 9,803.00 | $ 0.00 | $ 9,803.00 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 211.15 | $ 0.00 | $ 211.15 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 2,280.00 | $ 0.00 | $ 2,280.00 |
| Other: Illinois Department of Revenue | $ 60.00 | $ 60.00 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 94.84 | $ 94.84 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| | Total to be paid for chapter 7 administrative expenses | $ | 17,095.67 |
|---|---|---|---|
| | Remaining Balance | $ | 21,812.13 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 60,376.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Walter M. Yerkes | $ 9,060.15 | $ 0.00 | $ 4,418.67 |
| 000002B | Grover J. Weiss | $ 6,685.00 | $ 0.00 | $ 3,260.30 |
| 000003B | James Murray | $ 1,606.00 | $ 0.00 | $ 783.25 |
| 000004 | Teddy J. Bryan | $ 1,985.15 | $ 0.00 | $ 968.17 |
| 000005 | Donald Jahnke | $ 1,933.30 | $ 0.00 | $ 942.88 |
| 000013 | Harry Hullinger | $ 2,566.50 | $ 0.00 | $ 1,251.69 |
| 000014 | Anthony Tiberi | $ 1,894.00 | $ 0.00 | $ 923.71 |
| 000015 | Kevin Paradais | $ 900.00 | $ 0.00 | $ 438.94 |
| 000016 | Dan Shalloo | $ 1,894.00 | $ 0.00 | $ 923.71 |
| 000022 | Chicago Truck Drivers Pension Fund | $ 7,115.98 | $ 0.00 | $ 0.00 |
| 000023 | Chicago Truck Drivers Health & Welfare Fund | $ 8,536.88 | $ 0.00 | $ 0.00 |
| 000024 | James Gliottoni | $ 7,200.00 | $ 0.00 | $ 3,511.47 |
| 000026A | Jason Tuntland | $ 4,000.00 | $ 0.00 | $ 1,950.82 |
| 000027A | I. C. Morrow | $ 5,000.00 | $ 0.00 | $ 2,438.52 |

| | Total to be paid to priority creditors | $ | 21,812.13 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,476,130.94  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Walter M. Yerkes | $ 970.00 | $ 0.00 | $ 0.00 |
| 000002A | Grover J. Weiss | $ 184.00 | $ 0.00 | $ 0.00 |
| 000003A | James Murray | $ 3.80 | $ 0.00 | $ 0.00 |
| 000006 | American Chartered Bank | $ 99,350.07 | $ 0.00 | $ 0.00 |
| 000007 | American Chartered Bank | $ 106,357.78 | $ 0.00 | $ 0.00 |
| 000008 | D & H Truck Parts, Inc. | $ 255.26 | $ 0.00 | $ 0.00 |
| 000009 | Warren Oil Co. | $ 11,454.99 | $ 0.00 | $ 0.00 |
| 000010 | Guardian Pest Control | $ 156.00 | $ 0.00 | $ 0.00 |
| 000011 | Advanta Bank Corp. in receivership of | $ 8,455.82 | $ 0.00 | $ 0.00 |
| 000012 | Chase Bank USA NA | $ 38,645.95 | $ 0.00 | $ 0.00 |
| 000017-2 | Praxair Distribution, Inc | $ 1,800.00 | $ 0.00 | $ 0.00 |
| 000018 | Wright Express Corp. | $ 9,639.36 | $ 0.00 | $ 0.00 |
| 000019 | American Express Bank, FSB | $ 2,780.51 | $ 0.00 | $ 0.00 |
| 000020 | Barnes Distribution | $ 227.23 | $ 0.00 | $ 0.00 |
| 000021 | Chicago Truck Drivers Pension Fund | $ 947,150.30 | $ 0.00 | $ 0.00 |
| 000025 | C & J Holdings Illinois Inc. | $ 118,500.00 | $ 0.00 | $ 0.00 |
| 000026B | Jason Tuntland | $ 4,000.00 | $ 0.00 | $ 0.00 |
| 000027B | I. C. Morrow | $ 5,000.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000028 | C & J Holdings Illinois LLC | $ 118,500.00 | $ 0.00 | $ 0.00 |
| 000017-4 | Praxair Distribution, Inc | $ 2,699.87 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

R. SCOTT ALSTERDA, TRUSTEE
70 WEST MADISON STREET
SUITE 3500
CHICAGO, IL 60602-4283

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 5)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-11065-CAD
Broderick Teaming Company                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 2          Date Rcvd: Dec 06, 2013
                              Form ID: pdf006            Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2013.
```
db          #+Broderick Teaming Company,    1407 W. Pershing Road,    Chicago, IL 60609-2407
15258073     +AAA Alliance Towing and Recovery,    304 E. Quincy St.,    Riverside, IL 60546-2178
15258126     +Adrienne Starzyk,    7709 W. 82 Place,    Bridgeview, IL 60455-1641
15258075     +Advanta Bank Corp.,    P O BOX 3001,    Malvern, PA 19355-0701
15852432      Advanta Bank Corp. in receivership of,     FDIC,    c o Becket and Lee LLP,    POB 3001,
               Malvern, PA 19355-0701
15258076     +Aetna Truck Parts,    1133 W. Pershing Road,    Chicago, IL 60609-1429
15258077     +Aflac,    Columbus, GA 31999-0001
15258079     +American Chartered Bank,    932 W. Randolph St.,    Chicago, IL 60607-2219
15809885     +American Chartered Bank,    C/O Hauselman, Ralph & Olswang Ltd,    39 S. Lasalle St Ste 1105,
               Chicago, IL 60603-1720
15258080      American Express,    Box 0001,    Los Angeles, CA 90096-8000
16114570      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15258128     +Anthony Tiberi,    Dan Shalloo,    8455 S Latrobe,    Burbank, IL 60459-2639
15258081      Auto Mechanics Local 701,    PO Box 84417,    Chicago, IL 60690
15258082     #+Automobile Mechanics' Local 701,    500 W. Plainfield Road,    Countryside, IL 60525-3580
15258083      Barnes Distribution,    Dept CH 14079,    Palatine, IL 60055-4079
15258086     +C & J Holdings Illinois Inc.,    20 N. Wacker Drive,    St. 1839,    Chicago, IL 60606-2806
16188712     +C & J Holdings Illinois LLC,    20 N. Wacker Dr., Suite 1839,    Chicacgo, IL 60606-2905
15854907      Chase Bank USA NA,    P.O. BOX 15145,    Wilmington DE 19850-5145
15258087      Chase Card Services,    PO Box 15153,    Wilmington, DE 19886-5153
15258088     +Chicago Regional Trucking Assoc.,    1725 S. Naperville Rd., Suite 201,    Wheaton, IL 60189-5855
15258089     +Chicago Tire,    16001 S. Van Drunen Rd.,    South Holland, IL 60473-1284
15258090     +Chicago Truck Drivers Helpers and,    Warehouse Workers Union,    6648 S. Narragansett Ave.,
               Chicago, IL 60638-5112
15258091     +Chicago Truck Drivers Union,    6648 S. Narragansett,    Bedford, IL 60638-5112
15258092     +Chicago Truck Drivers Union, Independent,    6648 S. Narragansett,    Bedford Park, IL 60638-5112
15258093     +Cintas Corp.,    PO Box 5,    Bedford Park, IL 60499-0005
15258094     +City of Chicago,    Dept. of Business Affairs,    121 N. LaSalle St.,    Room 800,
               Chicago, IL 60602-1237
15258095      City of Chicago - Dept. of Revenue,    Traffic Mgmt,    City Hall Room 905,    Chicago, IL 60602
15258097     +Cottingham & Butler,    PO Box 449,    Dubuque, IA 52004-0449
15258098     #D & H Truck Parts, Inc.,    3021 S. Archer Ave.,    Chicago, IL 60608-5512
15258121     +Daniel Schallo,    8455 S. Latrobe,    Burbank, IL 60459-2639
15558335     +Donald Jahnke,    c/o: Ryan A. Hagerty,    Asher, Gittler, Greenfield & D'Alba, Ltd,
               200 W. Jackson Blvd., Suite 1900,    Chicago, IL 60606-6942
15258109     +Donald Jahnke,    5145 S. Avers,    Chicago, IL 60632-3702
15258127     +Donna Stroden,    819 W. 37th Street,    Chicago, IL 60609-1537
15258099     +ESP Two Way Radio Sales & Service,    PO Box 61,    Brookfield, IL 60513-0061
15258101     +Flood Brothers Disp & Recycle Serv,    PO Box 95229,    Palatine, IL 60095-0229
15558263     +Grover J. Weiss,    c/o: Ryan A. Hagerty,    Asher, Gittler, Greenfield & D'Alba, Ltd,
               200 W. Jackson Blvd., Suite 1900,    Chicago, IL 60606-6942
15258133     +Grover Weiss,    16624 S. Winsor Lane,    Lockport, IL 60441-6283
15258103     +Guardian Pest Control,    3045 W. 45th Ave.,    Highland, IN 46322-3202
15258106     +Harry Hullinger,    509 Parseghian Place,    Manteno, IL 60950-1703
15258104     +Helen's Super Cleaning Service,    13240 Mulranny Drive,    Lockport, IL 60491-6781
15258107     +I.C. Morrow,    3115 W. Flourney,    Chicago, IL 60612-3340
15258110     +James A. Gliottoni,    6449 W. Birch Court,    Monee, IL 60449-9238
15258102     +James Gliottoni,    6449 W. Birch Ct.,    Monee, IL 60449-9238
15258112     +James Kroyman,    5344 S. Rockwell,    Chicago, IL 60632-1515
15258115     +James Murray,    19504 D 115th AVe.,    Mokena, IL 60448-1287
15558287     +James Murray,    c/o: Ryan A. Hagerty,    Asher, Gittler, Greenfield & D'Alba, Ltd,
               200 W. Jackson Blvd., Suite 1900,    Chicago, IL 60606-6942
15258131     +Jason Tuntland,    123 Tomagers Dr.,    Bourbonnais, IL 60914-2129
15258118     +Kevin Paradais,    8976 Herbert Ct.,    Tinley Park, IL 60487-5942
15258113     +Local 710 I.B.T.,    4217 South Halsted,    Chicago, IL 60609-2636
15258114     +Mercyworks Occup. Medicine Center,    Dept 77-2988,    Chicago, IL 60678-0001
15258116    #+National Benefit Services, Inc.,    300 W. Adams ST., #326,    Chicago, IL 60606-5107
15258117     +National Resident Agent Service,Inc,    PO Box 276,    Exton, PA 19341-0276
16039937     +Praxair Distribution, Inc,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
15258119     +Praxair Distribution, Inc.,    Dept CH 10660,    Palatine, IL 60055-0001
15258120     +River North Storage,    1722 W. Carrol Ave.,    Chicago, IL 60612-2504
15258122     +Scopelitis, Garvin, Light & Hanson,    10 W. Market St., #1500,    Indianapolis, IN 46204-2965
15258123     +SimplexGrinnell LP,    Dept. CH 10320,    Palatine, IL 60055-0001
15258124     +Speedway SuperAmerica LLC,    PO Box 750487,    Cincinnati, OH 45274-0001
15258125     +Stallion Transport, Inc.,    4344 West 99th Place,    Oak Lawn, IL 60453-3515
15258085     +Tedd Joe Bryan,    899 Amour Ct.,    Bourbonnais, IL 60914-2033
15558317     +Teddy J. Bryan,    c/o: Ryan A. Hagerty,    Asher, Gittler, Greenfield & D'Alba, Ltd,
               200 W. Jackson Blvd., Suite 1900,    Chicago, IL 60606-6942
15258111     +Tommie Jones,    6914 Oakley,    Chicago, IL 60636-3114
15258129     +Travelers Insurance COmpany,    CL Remittance Center,    Hartford, CT 06183-0001
15258130     +Treas. State of IL #1320,    IDOT, Rm 117,    2300 S. Dirksen Pkwy,    Springfield, IL 62764-0001
```

```
District/off: 0752-1          User: mhenley              Page 2 of 2                  Date Rcvd: Dec 06, 2013
                              Form ID: pdf006            Total Noticed: 69


15558210     +Walter M. Yerkes,    c/o: Ryan A. Hagerty,    Asher, Gittler, Greenfield & D'Alba, Ltd,
               200 W. Jackson Blvd., Suite 1900,    Chicago, IL 60606-6942
15258135     +Walter Yerkes,    14301 Sherman St.,    Posen, IL 60469-1026
15258132     +Warren Oil Co.,    PO Box 40,    Summit Argo, IL 60501-0040
15258134     +Wright Express Corp.,    PO Box 639,    Portland, ME 04104-0639
15258136     +Zweifel TV Hardware, Inc.,    345 W. 25th Place,    Chicago, IL 60616-2293
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15258084       Broderick EEs
15258074     ##+ADP Total Source,    16901 Michigan Ave.,    Dearborn, MI 48126-2729
15258078     ##+ALG Holdings,    1407 W. Pershing Road,    Chicago, IL 60609-2407
16142869     ##+Chicago Truck Drivers Health & Welfare Fund,     c/o Thomas J. Angell,
               Jacobs, Burns, Orlove & Hernandez,    122 S. Michigan Ave., Ste 1720,    Chicago, IL 60603-6145
16142767     ##+Chicago Truck Drivers Pension Fund,    c/o Thomas J. Angell,    Jacobs, Burns, Orlove & Hernandez,
               122 S. Michigan Ave., Ste 1720,    Chicago, IL 60603-6145
15258100     ##+Eugene M. Durbin & Company PC,    9400 Bormet Drive, #6,    Mokena, IL 60448-7402
15258105     ##+Home Depot Credit Services,    PO Box 6029,    The Lakes, NV 88901-6029
16187865     ##+I. C. Morrow,    c/o Thomas J. Angell,    Jacobs, Burns, Orlove & Hernandez,
               122 S. Michigan Ave., Ste. 1720,    Chicago, IL 60603-6145
15258108     ##+IBT Local 710,    4217 S. Halsted Street,    Chicago, IL 60609-2636
15258096     ##+Jason Connolly,    7301 S. 86th Ave.,    Justice, IL 60458-1133
16187802     ##+Jason Tuntland,    c/o Thomas J. Angell,    Jacobs, Burns, Orlove & Hernandez,
               122 S. Michigan Ave., Ste. 1720,    Chicago, IL 60603-6145
                                                                                              TOTALS: 1, * 0, ## 10

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2013                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2013 at the address(es) listed below:
              Kenneth A. Henry    on behalf of Debtor    Broderick Teaming Company khenry@kahlaw.com
              Patrick F Ross    on behalf of Trustee R Scott Alsterda pfross@uhlaw.com,
               kburde@uhlaw.com;rjanczak@uhlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R Scott Alsterda     rsalsterda@uhlaw.com, ralsterda@ecf.epiqsystems.com
              Steven R Rappin    on behalf of Creditor    American Chartered Bank dolswang@hrolaw.com,
               rarredondo@hrolaw.com
                                                                                             TOTAL: 5
```