# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRODERICK TEAMING COMPANY | § | Case No. 10-11065 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants:  21,812.13

Claims Discharged
Without Payment:  NA

Total Expenses of Administration:  18,294.99

3) Total gross receipts of $ 40,107.12  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 40,107.12  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 260,153.96 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,000.84 | 18,354.99 | 18,294.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 19,572.96 | 68,589.26 | 69,679.89 | 21,812.13 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 210,236.21 | 1,479,730.68 | 1,477,030.81 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 489,963.13 | $ 1,554,320.78 | $ 1,565,065.69 | $ 40,107.12 |

4) This case was originally filed under chapter 7 on  03/15/2010 . The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/25/2014          By:/s/R. SCOTT ALSTERDA, TRUSTEE

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | 39,287.80 |
| Inventory | 1129-000 | 750.00 |
| Post-Petition Interest Deposits | 1270-000 | 13.29 |
| Accounts Receivable | 1290-000 | 20.00 |
| INSURANCE POLICIES | 1290-000 | 3.04 |
| CONTINGENT CLAIMS | 1290-000 | 32.99 |
| TOTAL GROSS RECEIPTS | | $40,107.12 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Chartered Bank 932 W. Randolph St. Chicago, IL 60607 | | 90,833.21 | NA | NA | 0.00 |
| | American Chartered Bank 932 W. Randolph St. Chicago, IL 60607 | | 169,320.75 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 260,153.96 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | 2100-000 | NA | 4,760.71 | 4,760.71 | 4,760.71 |
| R. SCOTT ALSTERDA, TRUSTEE | 2200-000 | NA | 40.81 | 40.81 | 40.81 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 94.84 | 94.84 | 94.84 |
| ASSOCIATED BANK | 2600-000 | NA | 24.35 | 24.35 | 24.35 |
| ASSOCIATED BANK | 2600-000 | NA | 25.15 | 25.15 | 25.15 |
| ASSOCIATED BANK | 2600-000 | NA | 24.32 | 24.32 | 24.32 |
| ASSOCIATED BANK | 2600-000 | NA | 25.11 | 25.11 | 25.11 |
| ASSOCIATED BANK | 2600-000 | NA | 58.57 | 58.57 | 58.57 |
| ASSOCIATED BANK | 2600-000 | NA | 52.83 | 52.83 | 52.83 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | NA | 58.38 | 58.38 | 58.38 |
| ASSOCIATED BANK | 2600-000 | NA | 56.39 | 56.39 | 56.39 |
| ASSOCIATED BANK | 2600-000 | NA | 58.19 | 58.19 | 58.19 |
| ASSOCIATED BANK | 2600-000 | NA | 56.23 | 56.23 | 56.23 |
| ASSOCIATED BANK | 2600-000 | NA | 58.02 | 58.02 | 58.02 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 51.05 | 51.05 | 51.05 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 49.34 | 49.34 | 49.34 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 49.28 | 49.28 | 49.28 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 52.36 | 52.36 | 52.36 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 47.39 | 47.39 | 47.39 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 48.93 | 48.93 | 48.93 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 50.49 | 50.49 | 50.49 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 50.43 | 50.43 | 50.43 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 47.12 | 47.12 | 47.12 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 51.93 | 51.93 | 51.93 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 48.62 | 48.62 | 48.62 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 0.00 | 60.00 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 60.00 | 60.00 | 60.00 |
| UNGARETTI & HARRIS LLP | 3110-000 | NA | 0.00 | 9,803.00 | 9,803.00 |
| UNGARETTI & HARRIS LLP | 3120-000 | NA | 0.00 | 211.15 | 211.15 |
| POPOWCER KATTEN, LTD. | 3310-000 | NA | 0.00 | 2,280.00 | 2,280.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,000.84 | $ 18,354.99 | $ 18,294.99 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adrienne Starzyk 7709 W. 82 Place Bridgeview, IL 60455 | | 0.00 | NA | NA | 0.00 |
| | Anthony Tiberi 25 W. Donovan Ct. Crete, IL 60417 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Broderick EEs | | 6,963.20 | NA | NA | 0.00 |
| | Chicago Truck Drivers Helpers and Warehouse Workers Union 6648 S. Narragansett Ave. Chicago, IL 60638 | | 6,472.16 | NA | NA | 0.00 |
| | Chicago Truck Drivers Helpers and Warehouse Workers Union 6648 S. Narragansett Ave. Chicago, IL 60638 | | 6,137.60 | NA | NA | 0.00 |
| | Chicago Truck Drivers Union 6648 S. Narragansett Bedford, IL 60638 | | 0.00 | NA | NA | 0.00 |
| | Daniel Schallo 8455 S. Latrobe Burbank, IL 60459 | | 0.00 | NA | NA | 0.00 |
| | Donald Jahnke 5145 S. Avers Chicago, IL 60632 | | 0.00 | NA | NA | 0.00 |
| | Donna Stroden 819 W. 37th Street Chicago, IL 60609 | | 0.00 | NA | NA | 0.00 |
| | Grover Weiss 16624 S. Winsor Lane Lockport, IL 60441 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harry Hullinger 509 Parseghian Place Manteno, IL 60950 | | 0.00 | NA | NA | 0.00 |
| | I.C. Morrow 3115 W. Flourney Chicago, IL 60612 | | 0.00 | NA | NA | 0.00 |
| | James Gliottoni 6449 W. Birch Ct. Monee, IL 60449 | | 0.00 | NA | NA | 0.00 |
| | James Kroyman 5344 S. Rockwell Chicago, IL 60632 | | 0.00 | NA | NA | 0.00 |
| | James Murray 19504 D 115th AVe. Mokena, IL 60448 | | 0.00 | NA | NA | 0.00 |
| | Jason Connoly 7301 S. 86th Ave. Justice, IL 60458 | | 0.00 | NA | NA | 0.00 |
| | Jason Tuntland 123 Tomagers Dr. Bourbonnais, IL 60914 | | 0.00 | NA | NA | 0.00 |
| | Kevin Paradais 8976 Herbert Ct. Tinley Park, IL 60487 | | 0.00 | NA | NA | 0.00 |
| | Tedd Joe Bryan 899 Amour Ct. Bourbonnais, IL 60914 | | 0.00 | NA | NA | 0.00 |
| | Tommie Jones 6914 Oakley Chicago, IL 60636 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Walter Yerkes 14301 Sherman St. Posen, IL 60469 | | 0.00 | NA | NA | 0.00 |
| 000014 | ANTHONY TIBERI | 5300-000 | NA | 1,894.00 | 1,894.00 | 575.93 |
| 000016 | DAN SHALLOO | 5300-000 | NA | 1,894.00 | 1,894.00 | 575.93 |
| 000005 | DONALD JAHNKE | 5300-000 | NA | 1,933.30 | 1,933.30 | 587.88 |
| AUTO | FIT | 5300-000 | NA | NA | 5,453.05 | 5,453.05 |
| 000002B | GROVER J. WEISS | 5300-000 | NA | 6,685.00 | 6,685.00 | 2,032.79 |
| 000013 | HARRY HULLINGER | 5300-000 | NA | 2,566.50 | 2,566.50 | 780.43 |
| 000027A | I. C. MORROW | 5300-000 | NA | 5,000.00 | 5,000.00 | 1,520.41 |
| | ILLINOIS DEPARTMENT OF REVENUE | 5300-000 | NA | 0.00 | 1,090.63 | 1,090.63 |
| 000024 | JAMES GLIOTTONI | 5300-000 | NA | 7,200.00 | 7,200.00 | 2,189.40 |
| 000003B | JAMES MURRAY | 5300-000 | NA | 1,606.00 | 1,606.00 | 488.36 |
| 000026A | JASON TUNTLAND | 5300-000 | NA | 4,000.00 | 4,000.00 | 1,216.33 |
| 000015 | KEVIN PARADAIS | 5300-000 | NA | 900.00 | 900.00 | 273.68 |
| AUTO | MEDICARE | 5300-000 | NA | NA | 316.27 | 316.27 |
| AUTO | SOCIAL SECURITY | 5300-000 | NA | NA | 1,352.35 | 1,352.35 |
| AUTO | STATE TAX | 5300-000 | NA | NA | 1,090.63 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | TEDDY J. BRYAN | 5300-000 | NA | 1,985.15 | 1,985.15 | 603.65 |
| 000001B | WALTER M. YERKES | 5300-000 | NA | 9,060.15 | 9,060.15 | 2,755.04 |
| 000023 | CHICAGO TRUCK DRIVERS HEALTH & WELF | 5400-000 | NA | 8,536.88 | 8,536.88 | 0.00 |
| 000022 | CHICAGO TRUCK DRIVERS PENSION FUND | 5400-000 | NA | 7,115.98 | 7,115.98 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 19,572.96 | $ 68,589.26 | $ 69,679.89 | $ 21,812.13 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAA Alliance Towing and Recovery 304 E. Quincy St. Riverside, IL 60546 | | 358.40 | NA | NA | 0.00 |
| | ADP Total Source 16901 Michigan Ave. Dearborn, MI 48126 | | 4,635.13 | NA | NA | 0.00 |
| | ADP Total Source 16901 Michigan Ave. Dearborn, MI 48126 | | 11,293.39 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp. PO Box 8088 Philadelphia, PA 19101-8088 | | 7,566.93 | NA | NA | 0.00 |
| | Aetna Truck Parts 1133 W. Pershing Road Chicago, IL 60609 | | 558.07 | NA | NA | 0.00 |
| | Aflac Columbus, GA 31999 | | 204.72 | NA | NA | 0.00 |
| | American Express Box 0001 Los Angeles, CA 90096-8000 | | 2,908.52 | NA | NA | 0.00 |
| | Auto Mechanics Local 701 PO Box 84417 Chicago, IL 60690 | | 1,720.00 | NA | NA | 0.00 |
| | Barnes Distribution Dept CH 14079 Palatine, IL 60055-4079 | | 227.23 | NA | NA | 0.00 |
| | C & J Holdings Illinois Inc. 1407 W. Pershing Road Chicago, IL 60609 | | 92,500.00 | NA | NA | 0.00 |
| | Chase Card Services PO Box 15153 Wilmington, DE 19886-5153 | | 36,093.57 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Regional Trucking Assoc. 1725 S. Naperville Rd., Suite 201 Wheaton, IL 60187 | | 275.00 | NA | NA | 0.00 |
| | Chicago Tire 16001 S. Van Drunen Rd. South Holland, IL 60473 | | 485.80 | NA | NA | 0.00 |
| | Cintas Corp. PO Box 5 Bedford Park, IL 60499 | | 1,116.05 | NA | NA | 0.00 |
| | City of Chicago - Dept. of Revenue Traffic Mgmt City Hall Room 905 Chicago, IL 60602 | | 1,400.00 | NA | NA | 0.00 |
| | City of Chicago Dept. of Business Affairs 121 N. LaSalle St., Room 800 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Cottingham & Butler PO Box 449 Dubuque, IA 52004-0049 | | 9,398.00 | NA | NA | 0.00 |
| | D & H Truck Parts, Inc. 3021 S. Archer Ave. Chicago, IL 60608-5512 | | 535.23 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ESP Two Way Radio Sales & Service PO Box 61 Brookfield, IL 60513 | | 1,366.00 | NA | NA | 0.00 |
| | Eugene M. Durbin & Company PC 9400 Bormet Drive, #6 Mokena, IL 60448 | | 6,303.00 | NA | NA | 0.00 |
| | Flood Brothers Disp & Recycle Serv PO Box 95229 Palatine, IL 60095 | | 178.40 | NA | NA | 0.00 |
| | Guardian Pest Control 3045 W. 45th Ave. Highland, IN 46322 | | 156.00 | NA | NA | 0.00 |
| | Helen's Super Cleaning Service 13240 Mulranny Drive Lockport, IL 60441 | | 240.00 | NA | NA | 0.00 |
| | Home Depot Credit Services PO Box 6029 The Lakes, NV 88901 | | 25.02 | NA | NA | 0.00 |
| | Local 710 I.B.T. 4217 South Halsted Chicago, IL 60609 | | 810.00 | NA | NA | 0.00 |
| | Mercyworks Occup. Medicine Center Dept 77-2988 Chicago, IL 60678 | | 275.20 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National Benefit Services, Inc. 300 W. Adams ST., #326 Chicago, IL 60606 | | 726.25 | NA | NA | 0.00 |
| | National Resident Agent Service,Inc PO Box 276 Exton, PA 19341 | | 25.00 | NA | NA | 0.00 |
| | Praxair Distribution, Inc. Dept CH 10660 Palatine, IL 60055 | | 17.99 | NA | NA | 0.00 |
| | River North Storage 1722 W. Carrol Ave. Chicago, IL 60612 | | 986.00 | NA | NA | 0.00 |
| | Scopelitis, Garvin, Light & Hanson 10 W. Market St., #1500 Indianapolis, IN 46204 | | 2,905.77 | NA | NA | 0.00 |
| | SimplexGrinnell LP Dept. CH 10320 Palatine, IL 60055 | | 297.00 | NA | NA | 0.00 |
| | Speedway SuperAmerica LLC PO Box 750487 Cincinnati, OH 45274 | | 100.00 | NA | NA | 0.00 |
| | Stallion Transport, Inc. 4344 West 99th Place Oak Lawn, IL 60453 | | 1,781.80 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Travelers Insurance COmpany CL Remittance Center Hartford, CT 06183 | | 928.69 | NA | NA | 0.00 |
| | Treas. State of IL #1320 IDOT, Rm 117 2300 S. Dirksen Pkwy Springfield, IL 62764 | | 166.00 | NA | NA | 0.00 |
| | Warren Oil Co. PO Box 40 Summit Argo, IL 60501 | | 11,454.99 | NA | NA | 0.00 |
| | Wright Express Corp. Fleet Fueling PO Box 6293 Carol Stream, IL 60197 | | 4,753.58 | NA | NA | 0.00 |
| | Zweifel TV Hardware, Inc. 345 W. 25th Place Chicago, IL 60616 | | 63.74 | NA | NA | 0.00 |
| 000011 | ADVANTA BANK CORP. IN RECEIVERSHIP | 7100-000 | NA | 8,455.82 | 8,455.82 | 0.00 |
| 000006 | AMERICAN CHARTERED BANK | 7100-000 | NA | 99,350.07 | 99,350.07 | 0.00 |
| 000007 | AMERICAN CHARTERED BANK | 7100-000 | NA | 106,357.78 | 106,357.78 | 0.00 |
| 000019 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 2,780.51 | 2,780.51 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000020 | BARNES DISTRIBUTION | 7100-000 | NA | 227.23 | 227.23 | 0.00 |
| 000025 | C & J HOLDINGS ILLINOIS INC. | 7100-000 | NA | 118,500.00 | 118,500.00 | 0.00 |
| 000028 | C & J HOLDINGS ILLINOIS LLC | 7100-000 | NA | 118,500.00 | 118,500.00 | 0.00 |
| 000012 | CHASE BANK USA NA | 7100-000 | NA | 38,645.95 | 38,645.95 | 0.00 |
| 000021 | CHICAGO TRUCK DRIVERS PENSION FUND | 7100-000 | NA | 947,150.30 | 947,150.30 | 0.00 |
| 000008 | D & H TRUCK PARTS, INC. | 7100-000 | NA | 255.26 | 255.26 | 0.00 |
| 000002A | GROVER J. WEISS | 7100-000 | NA | 184.00 | 184.00 | 0.00 |
| 000010 | GUARDIAN PEST CONTROL | 7100-000 | NA | 156.00 | 156.00 | 0.00 |
| 000027B | I. C. MORROW | 7100-000 | NA | 5,000.00 | 5,000.00 | 0.00 |
| 000003A | JAMES MURRAY | 7100-000 | NA | 3.80 | 3.80 | 0.00 |
| 000026B | JASON TUNTLAND | 7100-000 | NA | 4,000.00 | 4,000.00 | 0.00 |
| 000017-1 | PRAXAIR DISTRIBUTION, INC | 7100-000 | NA | 899.87 | 899.87 | 0.00 |
| 000017-2 | PRAXAIR DISTRIBUTION, INC | 7100-000 | NA | 1,800.00 | 1,800.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000017-3 | PRAXAIR DISTRIBUTION, INC | 7100-000 | 2,699.87 | 2,699.87 | 0.00 | 0.00 |
| 000017-4 | PRAXAIR DISTRIBUTION, INC | 7100-000 | 2,699.87 | 2,699.87 | 2,699.87 | 0.00 |
| 000001A | WALTER M. YERKES | 7100-000 | NA | 970.00 | 970.00 | 0.00 |
| 000009 | WARREN OIL CO. | 7100-000 | NA | 11,454.99 | 11,454.99 | 0.00 |
| 000018 | WRIGHT EXPRESS CORP. | 7100-000 | NA | 9,639.36 | 9,639.36 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 210,236.21 | $ 1,479,730.68 | $ 1,477,030.81 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

**Exhibit 8**

| | |
|---|---|
| Case No: | 10-11065    CAD  Judge: CAROL A. DOYLE |
| Case Name: | BRODERICK TEAMING COMPANY |
| For Period Ending: 11/25/13 | |

| | |
|---|---|
| Trustee Name:  R. SCOTT ALSTERDA, TRUSTEE | |
| Date Filed (f) or Converted (c): | 03/15/10 (f) |
| 341(a) Meeting Date: | 04/29/10 |
| Claims Bar Date: | 09/27/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. American Chartered Bank account nos. ending 1813 a | 0.00 | 0.00 | | 0.00 | FA |
| 2. First United Bank account no. ending 2941 | 0.00 | 0.00 | | 0.00 | FA |
| 3. 12. Broderick Teaming Company 401k and Profit Sha | 0.00 | 0.00 | | 0.00 | FA |
| 4. Accounts Receivable | 73,966.66 | 39,307.80 | | 39,307.80 | FA |
| 5. Debtor Product or Service | 0.00 | Unknown | | 0.00 | FA |
| 6. Vehicles | 0.00 | Unknown | | 0.00 | FA |
| 7. Office Equipment | 0.00 | Unknown | | 0.00 | FA |
| 8. Machinery and Supplies | 0.00 | Unknown | | 0.00 | FA |
| 9. Inventory | 0.00 | 750.00 | | 750.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | 13.29 | | 13.29 | FA |
| 11. INSURANCE POLICIES (u) | 3.04 | 3.04 | | 3.04 | FA |
| 12. CONTINGENT CLAIMS (u) | 0.00 | 32.99 | | 32.99 | FA |
| International Fuel Tax Agreement Refund | | | | | |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $73,969.70      $40,107.12            $40,107.12      $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report, Claims Review, Fee Applications, Distribution and Final Account.

Initial Projected Date of Final Report (TFR): 04/30/11      Current Projected Date of Final Report (TFR): 12/06/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

| Case No: | 10-11065 -CAD | | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Case Name: | BRODERICK TEAMING COMPANY | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9743  Checking Account |
| Taxpayer ID No: | *******1870 | | | |
| For Period Ending: | 03/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 39,496.75 | | 39,496.75 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.35 | 39,472.40 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.15 | 39,447.25 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.32 | 39,422.93 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.11 | 39,397.82 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.57 | 39,339.25 |
| 03/07/13 | 030001 | International Sureties, Ltd. | | 2300-000 | | 31.41 | 39,307.84 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.83 | 39,255.01 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.38 | 39,196.63 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.39 | 39,140.24 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.19 | 39,082.05 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.23 | 39,025.82 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.02 | 38,967.80 |
| 08/19/13 | 030002 | Illinois Department of Revenue | 36-0841870 IL-1120 (2011) | 2820-000 | | 60.00 | 38,907.80 |
| | | PO Box 19053 | | | | | |
| | | Springfield, IL 62794-9053 | | | | | |
| 01/16/14 | | Internal Revenue Service | MEDICARE | 5300-000 | | 316.27 | 38,591.53 |
| | | (Medicare) | | | | | |
| | | P.O. Box 804522 | | | | | |
| | | Cincinnati, OH 45280-4522 | | | | | |
| 01/16/14 | | STATE TAX | STATE TAX | 5300-003 | | 1,090.63 | 37,500.90 |
| 01/16/14 | | Internal Revenue Service | SOCIAL SECURITY | 5300-000 | | 1,352.35 | 36,148.55 |
| | | (Social Security) | | | | | |
| | | P.O. Box 804522 | | | | | |
| | | Cincinnati, OH 45280-4522 | | | | | |
| 01/16/14 | | Internal Revenue Service Center | FEDERAL INCOME TAX | 5300-000 | | 5,453.05 | 30,695.50 |

Page Subtotals          39,496.75          8,801.25

LFORM24

Ver: 17.05

EXHIBIT 9

FORM 2                                                                Page:   2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:    10-11065 -CAD                          Trustee Name:    R. SCOTT ALSTERDA, TRUSTEE
Case Name:   BRODERICK TEAMING COMPANY         Bank Name:      ASSOCIATED BANK
                                        Account Number / CD #:  *******9743  Checking Account
Taxpayer ID No:   *******1870
For Period Ending:  03/17/14                       Blanket Bond (per case limit):  $  5,000,000.00
                                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | (Federal Income Tax) P.O. Box 804522 Cincinnati, OH 45280-4522 | | | | | |
| 01/16/14 | 030003 | R. SCOTT ALSTERDA, TRUSTEE 70 WEST MADISON AVENUE SUITE 3500 CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 4,760.71 | 25,934.79 |
| 01/16/14 | 030004 | R. SCOTT ALSTERDA, TRUSTEE 70 WEST MADISON AVENUE SUITE 3500 CHICAGO, IL 60602-4283 | Chapter 7 Expenses | 2200-000 | | 40.81 | 25,893.98 |
| 01/16/14 | 030005 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Attorney for Trustee Fees | 3110-000 | | 9,803.00 | 16,090.98 |
| 01/16/14 | 030006 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Attorney for Trustee Expenses | 3120-000 | | 211.15 | 15,879.83 |
| 01/16/14 | 030007 | Popowcer Katten, Ltd. c/o Lois West 35 East Wacker Drive Suite 1550 Chicago, IL 60601-2124 | Accountant for Trustee Fees | 3310-000 | | 2,280.00 | 13,599.83 |
| 01/16/14 | 030008 | Walter M. Yerkes c/o: Ryan A. Hagerty Asher, Gittler & D'Alba, Ltd 200 W. Jackson Blvd., Suite 1900 Chicago, IL 60606 | Claim 000001B, Payment 48.77038% | 5300-000 | | 2,755.04 | 10,844.79 |
| 01/16/14 | 030009 | Grover J. Weiss | Claim 000002B, Payment 48.77038% | 5300-000 | | 2,032.79 | 8,812.00 |

                                          Page Subtotals       0.00      21,883.50

LFORM24                                                               Ver: 17.05

EXHIBIT 9

FORM 2                                                                                                   Page:    3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-11065 -CAD | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | BRODERICK TEAMING COMPANY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9743  Checking Account |
| Taxpayer ID No: | *******1870 | | |
| For Period Ending: | 03/17/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/16/14 | 030010 | c/o: Ryan A. Hagerty<br>Asher, Gittler & D'Alba, Ltd<br>200 W. Jackson Blvd., Suite 1900<br>Chicago, IL 60606<br>James Murray | Claim 000003B, Payment 48.77024% | 5300-000 | | 488.36 | 8,323.64 |
| 01/16/14 | 030011 | c/o Ryan A. Hagerty<br>Asher, Gittler & D'Alba, Ltd<br>200 W. Jackson Blvd., Suite 1900<br>Chicago, IL 60606<br>Teddy J. Bryan | Claim 000004, Payment 48.77062% | 5300-000 | | 603.65 | 7,719.99 |
| 01/16/14 | 030012 | c/o Ryan A. Hagerty<br>Asher, Gittler & D'Alba, Ltd<br>200 W. Jackson Blvd., Suite 1900<br>Chicago, IL 60606<br>Donald Jahnke | Claim 000005, Payment 48.77050% | 5300-000 | | 587.88 | 7,132.11 |
| 01/16/14 | 030013 | c/o Ryan A. Hagerty<br>Asher, Gittler & D'Alba, Ltd<br>200 W. Jackson Blvd., Suite 1900<br>Chicago, IL 60606<br>Harry Hullinger<br>509 Parseghian Place<br>Manteno, IL 60950 | Claim 000013, Payment 48.77031% | 5300-000 | | 780.43 | 6,351.68 |
| 01/16/14 | 030014 | Anthony Tiberi<br>25 W. Donovan Ct.<br>Crete, IL 60417-1520 | Claim 000014, Payment 48.77033% | 5300-000 | | 575.93 | 5,775.75 |
| 01/16/14 | 030015 | Kevin Paradais<br>8976 Herbert Ct.<br>Tinley Park, IL 60487 | Claim 000015, Payment 48.77111% | 5300-000 | | 273.68 | 5,502.07 |
| 01/16/14 | 030016 | Dan Shalloo<br>8455 S Latrobe | Claim 000016, Payment 48.77033% | 5300-000 | | 575.93 | 4,926.14 |

Page Subtotals                                    0.00              3,885.86

LFORM24                                                                                          Ver: 17.05

EXHIBIT 9

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

| Case No: | 10-11065 -CAD |
|---|---|
| Case Name: | BRODERICK TEAMING COMPANY |
| Taxpayer ID No: | *******1870 |
| For Period Ending: | 03/17/14 |

| Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9743  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/16/14 | 030017 | Burbank, IL 60459<br>James Gliottoni<br>6449 W. Birch Ct.<br>Monee, IL 60449 | Claim 000024, Payment 48.77042%<br>Also Case No. 10-11081 095-04-10-51 | 5300-000 | | 2,189.40 | 2,736.74 |
| 01/16/14 | 030018 | Jason Tuntland<br>c/o Thomas J. Angell<br>Jacobs, Burns, Orlove & Hernandez<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Claim 000026A, Payment 48.77050% | 5300-000 | | 1,216.33 | 1,520.41 |
| 01/16/14 | 030019 | I. C. Morrow<br>c/o Thomas J. Angell<br>Jacobs, Burns, Orlove & Hernandez<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Claim 000027A, Payment 48.77040% | 5300-000 | | 1,520.41 | 0.00 |
| 01/30/14 | | STATE TAX | STATE TAX | 5300-003 | | -1,090.63 | 1,090.63 |
| 01/30/14 | 030020 | ILLINOIS DEPARTMENT OF REVENUE<br>SPRINGFIELD, IL 62726-0001 | STATE TAX | 5300-003 | | 1,090.63 | 0.00 |
| 01/31/14 | 030020 | ILLINOIS DEPARTMENT OF REVENUE<br>SPRINGFIELD, IL 62726-0001 | STATE TAX<br>Address incorrect | 5300-003 | | -1,090.63 | 1,090.63 |
| 01/31/14 | 030021 | Illinois Department of Revenue<br>PO Box 19447<br>Springfield, IL 62794-9447 | FEIN 36-0841870; IL-941 1st Q.2014<br>Withholding taxes for  partial final distribution to<br>former employees from bankruptcy estate 10-11065<br>N.D.Ill. | 5300-000 | | 1,090.63 | 0.00 |

| | | | Page Subtotals | | 0.00 | 4,926.14 | |

Ver: 17.05

LFORM24

EXHIBIT 9

**FORM 2**

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-11065 -CAD |
| Case Name: | BRODERICK TEAMING COMPANY |
| Taxpayer ID No: | *******1870 |
| For Period Ending: | 03/17/14 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9743  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 39,496.75 | 39,496.75 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 39,496.75 | 0.00 | |
| | | | Subtotal | | 0.00 | 39,496.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 39,496.75 | |

Page Subtotals    0.00    0.00

Ver: 17.05

LFORM24

EXHIBIT 9

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

| Case No: | 10-11065 -CAD | | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Case Name: | BRODERICK TEAMING COMPANY | | Bank Name: | BANK OF AMERICA, N.A |
| | | | Account Number / CD #: | *******9054 BofA - Money Market Account |
| Taxpayer ID No: | *******1870 | | | |
| For Period Ending: | 03/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/23/10 | 4 | Broderick Logistics Company 1407 W. Pershing Road Chicago, IL 60609 | Receivable Owed | 1121-000 | 35,464.50 | | 35,464.50 |
| 06/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 35,464.59 |
| 07/08/10 | 4 | James McHugh Construction 1737 S. Michigan Ave. Chicago, IL 60616-1211 | Receivable Owed | 1121-000 | 1,558.70 | | 37,023.29 |
| 07/12/10 | 4 | Rausch Construction Company 2717 S. 13th Avenue Broadview, IL 60155 | Receivable Owed | 1121-000 | 25.00 | | 37,048.29 |
| 07/12/10 | 11 | Northwestern Mutual 720 East Wisconsin Avenue Milwaukee, WI 53202-4797 | Insurance Premium Refund | 1290-000 | 3.04 | | 37,051.33 |
| 07/12/10 | 4, 11 | The Horton Group Premium Trust Fund Account 10320 Orland Parkway Orland Park, IL 60467 | Insurance Premium Refund | 1290-000 | 20.00 | | 37,071.33 |
| 07/12/10 | 12 | Illinois Department of Revenue Springfield, Illinois | REFUND CHECK FUEL TAX | 1290-000 | 32.99 | | 37,104.32 |
| 07/19/10 | 4 | ThyssenKrupp Elevator 114 Townpark Drive NW, Suite 300 Kennesaw, GA 30144 | Receivable Owed | 1121-000 | 2,239.60 | | 39,343.92 |
| 07/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.95 | | 39,344.87 |
| 08/31/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.00 | | 39,345.87 |
| 09/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 39,346.84 |
| 10/29/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.00 | | 39,347.84 |
| 11/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 39,348.81 |
| 12/31/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.00 | | 39,349.81 |

Page Subtotals     39,349.81     0.00

LFORM24

Ver: 17.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

| Case No: | 10-11065 -CAD |
| Case Name: | BRODERICK TEAMING COMPANY |
| Taxpayer ID No: | *******1870 |
| For Period Ending: | 03/17/14 |

| Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9054 BofA - Money Market Account |

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.00 | | 39,350.81 |
| 02/07/11 | 000301 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 31.49 | 39,319.32 |
| 02/28/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 39,319.62 |
| 03/01/11 | 9 | Vanek Inc 05-10 3920 S Loomis Chicago, IL 60609-2401 | Inventory | 1129-000 | 750.00 | | 40,069.62 |
| 03/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,069.96 |
| 04/29/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 40,070.29 |
| 05/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,070.63 |
| 06/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 40,070.96 |
| 07/29/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,071.30 |
| 08/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,071.64 |
| 09/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 40,071.97 |
| 10/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,072.31 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 51.05 | 40,021.26 |
| 11/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 40,021.59 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.34 | 39,972.25 |
| 12/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,972.59 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.28 | 39,923.31 |
| 01/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,923.65 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 52.36 | 39,871.29 |
| 02/29/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 39,871.61 |
| 02/29/12 | 000302 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 31.94 | 39,839.67 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 47.39 | 39,792.28 |
| 03/30/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,792.62 |

Page Subtotals    755.66    312.85

Ver: 17.05

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8

| Case No: | 10-11065 -CAD | | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BRODERICK TEAMING COMPANY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9054 BofA - Money Market Account |
| Taxpayer ID No: | *******1870 | | | |
| For Period Ending: | 03/17/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 48.93 | 39,743.69 |
| 04/30/12 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.33 | | 39,744.02 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.49 | 39,693.53 |
| 05/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,693.87 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.43 | 39,643.44 |
| 06/29/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 39,643.76 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 47.12 | 39,596.64 |
| 07/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,596.98 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 51.93 | 39,545.05 |
| 08/31/12 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.32 | | 39,545.37 |
| 08/31/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 48.62 | 39,496.75 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 39,496.75 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 40,107.12 | 40,107.12 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 39,496.75 | |
| Subtotal | 40,107.12 | 610.37 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 40,107.12 | 610.37 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******9743 | 0.00 | 39,496.75 | 0.00 |
| BofA - Money Market Account - *******9054 | 40,107.12 | 610.37 | 0.00 |
| | 40,107.12 | 40,107.12 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          1.65          39,794.27

Ver: 17.05

LFORM24

EXHIBIT 9

FORM 2                                                                        Page:   9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-11065 -CAD | | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Case Name: | BRODERICK TEAMING COMPANY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9054  BofA - Money Market Account |
| Taxpayer ID No: | *******1870 | | | |
| For Period Ending: | 03/17/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - *******9743

BofA - Money Market Account - *******9054

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 17.05

LFORM24