UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Broderick Teaming Company, | ) | Case No. 10 B 11065 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Judge Carol A. Doyle |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL**

To:   See Attached Service List

PLEASE TAKE NOTICE that the United States Trustee's FINAL ACCOUNT AND APPLICATION TO CLOSE AND DISCHARGE TRUSTEE (Document # 56) previously filed on March 20, 2014 is withdrawn it is not data enabled.

/s/ Patrick S. Layng
Patrick S. Layng
US Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

**CERTIFICATE OF SERVICE**

I, Patrick S. Layng, US Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on June 12, 2014, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on June 12, 2014.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

**R Scott Alsterda**
rsalsterda@uhlaw.com

**Kenneth A. Henry**
khenry@kahlaw.com


**Parties Served via First Class Mail:**

**Broderick Teaming Company**
1407 W. Pershing Road
Chicago, IL 60609